B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carlson, Edward A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2722** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3503 Royal Fox Dr.**<br>**Saint Charles, IL**<br>ZIP Code **60174** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Carlson, Edward A.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Carlson, Edward A.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Edward A. Carlson**
_____
Signature of Debtor  **Edward A. Carlson**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 25, 2008**
_____
Date

### Signature of Attorney*

**X** **/s/ Bradley S. Covey**
_____
Signature of Attorney for Debtor(s)

**Bradley S. Covey 6208786**
_____
Printed Name of Attorney for Debtor(s)

**Springer Brown Covey Gaertner & Davis, LLC**
_____
Firm Name

**232 S. Batavia Ave.**
**Batavia, IL 60510**

_____
Address

**Email: bcovey@springerbrown.com**
**630-879-9559  Fax: 630-879-9394**
_____
Telephone Number

**August 25, 2008**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
_____
Address

**X** _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Edward A. Carlson**                           Case No. _____

                                         Debtor(s)        Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ Edward A. Carlson**
                                        **Edward A. Carlson**
Date:      **August 25, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edward A. Carlson**
_____,
                                                              Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,781,454.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 43,247.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 728,163.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 98,427,566.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 6,094.84 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,499.00 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| | | Total Assets | 1,781,454.00 | | |
| | | Total Liabilities | | 99,198,976.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edward A. Carlson**                            ,    Case No. _____

                                Debtor

Chapter                   **7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **Edward A. Carlson**                                              ,    Case No. _____
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Edward A. Carlson**                                              ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking w/Bank of America** | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. household goods and furnishings including 4 bedrooms sets, living room furniture, office furniture, piano, and dining room furniture.** | - | 10,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. wearing apparel** | - | 200.00 |
| 7. Furs and jewelry. | | **Misc. jewelry** | - | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Any interest the Debtor has in insurance policies is held by the Edward Carlson Irrevocable Trust established June 6, 2005** | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **11,400.00**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Edward A. Carlson** _____,  Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA (Vanguard 500 Index Fund)** | - | 4,914.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Comprehensive Management Services, Inc. (CMS) Acquisition and management company specializing in multi-family properties. Not operating** | - | 0.00 |
| | | **26.5% ownership of FV Arena Partners, LLC** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **1% interest Bensenville Equity Associates Limited Partnership Partnership is operating and Debtor receives a K-1 annually.** | - | Unknown |
| | | **3 properties held by CMS Apartments Portfolio LLC (Debtor owns 12% of a Class A Membership and 33% of the Class B Membership)** | - | 0.00 |
| | | **10% interest in MIT Financial held in escrow pending settlement w/David Husman.** | - | 1,700,000.00 |
| | | **1% interest in Bensenville Equity Associates Limited Partnership Partnership is operating and Debtor receives a K-1 annually.** | - | Unknown |
| | | **1% interest in Valley Lane Associates Limited Partnership Partnership is operating and Debtor receives a K-1 annually.** | - | Unknown |
| | | **2% interest in Bartlett Lakes Apartments Limited Partnership Partnership is operating and Debtor receives a K-1 annually.** | - | Unknown |
| | | **1% interest in Crystal Lake Apartments Limited Partnership Partnership is operating and Debtor receives a K-1 annually.** | - | Unknown |

Sub-Total >    **1,704,914.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Edward A. Carlson**                                                    ,   Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1% interest in Caroline Apartments Limited Partnership** **Partnership is operating and Debtor receives a K-1 annually.** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **50% interest in anticipated tax refund** | - | **14,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **potential rights of contribution against co-obligors** | - | **Unknown** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

|  | Sub-Total >  | **14,000.00** |
|---|---|---|
|  | (Total of this page) |  |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Edward A. Carlson**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Yukon XL | - | 20,000.00 |
| | | 2003 Montana Van | - | 5,140.00 |
| | | 1973 Corvette | - | 17,500.00 |
| | | cargo trailer | - | 1,000.00 |
| 26. Boats, motors, and accessories. | | 2005 12' Honda F12x wave runner and trailer | - | 5,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | office set | - | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Debtor has an interest in the Joan M. Carlson Revocable Trust established May 5, 2005. | - | Unknown |

|  | Sub-Total > | 51,140.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,781,454.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Edward A. Carlson**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                        $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Misc. household goods and furnishings including 4 bedrooms sets, living room furniture, office furniture, piano, and dining room furniture.** | **735 ILCS 5/12-1001(b)** | **4,000.00** | **20,000.00** |
| **Wearing Apparel** | | | |
| **Misc. wearing apparel** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Interests in Insurance Policies** | | | |
| **Any interest the Debtor has in insurance policies is held by the Edward Carlson Irrevocable Trust established June 6, 2005** | **735 ILCS 5/12-1001(f)** | **100%** | **Unknown** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA (Vanguard 500 Index Fund)** | **735 ILCS 5/12-1006** | **100%** | **4,914.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Montana Van** | **735 ILCS 5/12-1001(c)** | **1,932.00** | **5,140.00** |

|  | Total: | **11,046.00** | **30,254.00** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Edward A. Carlson** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **00009901088210** | | | | | 2004 | | | | | |
| **Harris Bank** **po bOX 6201** **Carol Stream, IL 60197** | | | - | | purchase money 2003 Montana Van | | | | | |
| | | | | | Value $           **5,140.00** | | | | **3,208.00** | **0.00** |
| Account No. **6201** | | | | | 2006 | | | | | |
| **US Bank** **PO Box 2188** **Oshkosh, WI 54903** | | | - | | purchase money 2007 Yukon XL | | | | | |
| | | | | | Value $          **20,000.00** | | | | **40,039.00** | **20,039.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

___0___ continuation sheets attached

| | | |
|---|---|---|
| | Subtotal (Total of this page) | **43,247.00** | **20,039.00** |
| | Total (Report on Summary of Schedules) | **43,247.00** | **20,039.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Edward A. Carlson**
_____,   Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Edward A. Carlson**_____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **income tax (property sale/foreclosure recapture)** | | | | | | |
| **IRS** **PO Box 21125** **Philadelphia, PA 19114** | - | | | | | | | **0.00** | |
| | | | | | | | **700,000.00** | | **700,000.00** |
| Account No. | | | **2006** **Payroll taxes** | | | | | | |
| **IRS** **PO Box 21125** **Philadelphia, PA 19114** | - | | | | | | | **0.00** | |
| | | | | | | | **28,163.00** | | **28,163.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** **728,163.00** | **728,163.00** |
| Total (Report on Summary of Schedules) | **0.00** **728,163.00** | **728,163.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __**Edward A. Carlson**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **3727-616749-32006** <br><br> **American Express** <br> **PO Box 0001** <br> **Los Angeles, CA 90096-0001** | - | | | | 04-08 <br> **credit card** | | | | 82,216.00 |
| Account No. **3715-088478-21009** <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-0001** | - | | | | 04-08 <br> **credit card** | | | | 4,205.00 |
| Account No. **3732-173276-31007** <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-0001** | - | | | | 04-08 <br> **credit card** | | | | 288.00 |
| Account No. <br><br> **Aton Properties, LLC** <br> **1250 Executive Place #101** <br> **Geneva, IL 60134** | - | | | | 8/08 <br> **loan** | | | | 5,000.00 |
| | | | | | Subtotal <br> (Total of this page) | | | | 91,709.00 |

__7__ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      S/N:27339-080603    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward A. Carlson**                                         ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Treasures P&Z** <br><br> **Bercow & Randell PA** <br> **200 S. Biscayne Blvd., Ste. 850** <br> **Miami, FL 33131** | - | | | | **04-06** <br> **legal fees** | | | | **30,000.00** |
| Account No. <br><br> **Capmark Finance Inc.** <br> **601 Montgomery St., Ste. 1500** <br> **San Francisco, CA 94111** | X - | | | | **1998** <br> **foreclosure deficiency** | | | | **Unknown** |
| Account No. <br><br> **Carl Taniges** | X - | | | | **1998** <br> **personal guarantee on loan to CMS, Inc.** | | | | **200,000.00** |
| Account No. <br><br> **David L. Husman** <br> **1200 N Ashland** <br> **Chicago, IL 60622** | - | | | | **1997-2001** <br> **personal guarantee on money loaned to CMS, Inc.** | | X | | **Unknown** |
| Account No. <br><br> **E.J. Plesko** <br> **6515 Grand Teton Plaza, Ste. 300** <br> **Madison, WI 53719** | - | | | | **2004** <br> **personal guarantee on loan to CMS, Inc.** | | | | **500,000.00** |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **730,000.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward A. Carlson**                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Equibase- EERF Loans** <br> **1200 N. Ashland** <br> **Chicago, IL 60622** | X | - | **1997-2007** <br> **personal guarantee on money loaned to various real estate partnerships** | | | | 12,624,000.00 |
| Account No. <br><br> **Equibase-Husman Partnership** <br> **c/o David L. Husman** <br> **1200 N. Ashland Ave.** <br> **Chicago, IL 60622** | X | - | **1996-2007** <br> **personal guarantees on money loaned to CMS, Inc.** | | | | 61,700,000.00 |
| Account No. <br><br> **Gary Chalfant** <br> **224 Huggins Rd.** <br> **Michigan Center, MI 49254** | X | - | **2003** <br> **personal guarantee on money loaned to CMS, Inc.** | | | | 814,890.00 |
| Account No. <br><br> **Representing:** <br> **Gary Chalfant** | | | **Clyde Mauldin, PC** <br> **2540 Spring Arbor Rd.** <br> **Jackson, MI 49203** | | | | |
| Account No. <br><br> **Gary Wright** <br> **53 West Jackson St.** <br> **Suite 1101** <br> **Chicago, IL 60604** | X | - | **2005** <br> **personal guarantee on money loaned to KMC/EC II, LLC** | | | | 1,000,000.00 |

Sheet no. __**2**___ of __**7**____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,138,890.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward A. Carlson**                                                ,   Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**Gary Wright** | | | | Steven M. Prebish<br>Patzik, Frank & Samotny Ltd.<br>150 W. Wacker Dr., Ste. 900<br>Chicago, IL 60606 | | | | |
| Account No. **Sunrise Heights**<br><br>**Godfrey & Kahn**<br>**780 N. Water St.**<br>**Milwaukee, WI 53202** | | - | | 05-07<br>legal fees | | | | 14,215.00 |
| Account No. **2008 L 00070**<br><br>**Grand Oaks Apartments LLC**<br>**c/o Meghan Hubbard**<br>**225 W. Wacker Dr., Ste. 2800**<br>**Chicago, IL 60606** | | | | 1995<br>foreclosure deficiency judgment | | | | 1,000,000.00 |
| Account No.<br><br>**Indiana Summer LLC**<br>**c/o Krieg Devault LLP**<br>**One Indiana Square, Suite 2800**<br>**Indianapolis, IN 46204** | | - | | 2002<br>personal guarantee on foreclosure deficiency | | | | 1,500,000.00 |
| Account No.<br><br>**Joan Carlson**<br>**3503 Royal Fox Dr.**<br>**Saint Charles, IL 60174** | X | - | | 10/05<br>personal guarantee on loan made to CMS, Inc. and KMC/EC II LLC | | | | 870,000.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,384,215.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Edward A. Carlson** _____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4224 0470 0451 2508** <br><br> **KeyBank** <br> **PO Box 688917** <br> **Des Moines, IA 50368-8917** | - | | 1996-2008 <br> credit card | | | | 25,573.00 |
| Account No. <br><br> **KMK** <br> **Emerald Arena Group LP** <br> **701 Harger Rd.** <br> **Oakbrook, IL 60521** | X | | 2003 <br> personal guarantee for Fox Valley Ice Arena buyout | | | | Unknown |
| Account No. **Eagle Pointe Apartments** <br><br> **LNR Partners, Inc.** <br> **1601 Washington Ave.** <br> **Suite 700** <br> **Miami Beach, FL 33139** | X | - | 1999 <br> potential personal liability on nonrecourse debt on foreclosured property | | | | Unknown |
| Account No. **07 L 555** <br><br> **LSF5 Govenor's House, LLC** <br> **c/o Robert I. Berger** <br> **233 S. Wacker Dr.** <br> **Chicago, IL 60606** | X | - | 1995 <br> personal liability on nonrecourse debt | | | | 950,000.00 |
| Account No. **06 L 13580** <br><br> **National City Bank** <br> **c/o James M. Crowley** <br> **350 N. LaSalle St., Ste. 900** <br> **Chicago, IL 60610** | X | - | 2004 <br> personal guarantee on Fox Valley Ice Areana note | | | | 1,600,000.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,575,573.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward A. Carlson**,         Case No. _____
                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07 CHK 1044**<br><br>**North Shore Community Bank & Trust**<br>**c/o Jack Haan**<br>**20 N. Wacker Dr., #2900**<br>**Chicago, IL 60606** | X | - | **2006**<br>**personal guarantee on money loaned to CMS, Inc.** | | | | **1,250,000.00** |
| Account No. **A 04 09350 / 08 L 280**<br><br>**PAMI-Midwest LLC**<br>**c/o Cara Houck**<br>**225 W. Washington St., Ste. 2600**<br>**Chicago, IL 60606** | | - | **2/07**<br>**personal guarantee on foreclosure deficiency judgment** | | | | **14,000,000.00** |
| Account No.<br><br>Representing:<br>**PAMI-Midwest LLC** | | | **Cara M. Houck**<br>**225 W. Washington St., Ste. 2600**<br>**Chicago, IL 60606** | | | | |
| Account No. **45D02-0705-MF-0007**<br><br>**Park National Bank**<br>**c/o Robert B. Golding, Jr.**<br>**9250 Columbia Ave., Ste. E-2**<br>**Munster, IN 46321** | | - | **2003**<br>**personal guarantee on foreclosure deficiency** | | | | **150,000.00** |
| Account No.<br><br>Representing:<br>**Park National Bank** | | | **Lawrence A. Kalina**<br>**8396 Mississippi St.**<br>**Merrillville, IN 46410** | | | | |

Sheet no. **5** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **15,400,000.00**
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward A. Carlson**                                          , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: Park National Bank** | | | | Robert L. Meinzer, Jr. PO Box 111 Saint John, IN 46373 | | | | |
| Account No. **Husman** Patzik Frank & Samotny Ltd. 150 S. Wacker Dr., Ste. 1500 Chicago, IL 60606 | | - | | 07-08 legal fees | | | | 40,022.00 |
| Account No. **Summerwood Retail** Pinkerton & Friedman 9245 Calumet Ave., Ste. 201 Munster, IN 46321 | | - | | 05-08 legal fees | | | | 5,657.00 |
| Account No. **Summerwood LaSalle** Pinkerton & Friedman 9245 Calumet Ave., Ste. 201 Munster, IN 46321 | | - | | 05-08 legal fees | | | | 6,148.00 |
| Account No. **Sunrise Heights** VonBriesen & Roper SC 411 E. Wisconsin Ave., Ste. 700 Milwaukee, WI 53202 | | - | | 05-07 legal fees | | | | 25,940.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,767.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward A. Carlson**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Stonehedge** <br><br> **Wilhite and Assoc.** <br> **One Mulberry Pl.** <br> **POB 1315** <br> **Evansville, IN 47706** | - | | | | 05-08 <br> legal fees | | | | 25,000.00 |
| Account No. **Stoneys/RT** <br><br> **Wise DelCotto PLLC** <br> **200 N. Upper ST.** <br> **Lexington, KY 40507** | - | | | | 06-08 <br> legal fees | | | | 4,412.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __7___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 29,412.00 |
| | Total <br> (Report on Summary of Schedules) | 98,427,566.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Edward A. Carlson**                                                          ,    Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re  **Edward A. Carlson**                                                                    ,   Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **Capmark Finance Inc.**<br>**601 Montgomery St., Ste. 1500**<br>**San Francisco, CA 94111** |
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **Equibase- EERF Loans**<br>**1200 N. Ashland**<br>**Chicago, IL 60622** |
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **Equibase-Husman Partnership**<br>**c/o David L. Husman**<br>**1200 N. Ashland Ave.**<br>**Chicago, IL 60622** |
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **Gary Chalfant**<br>**224 Huggins Rd.**<br>**Michigan Center, MI 49254** |
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **Gary Wright**<br>**53 West Jackson St.**<br>**Suite 1101**<br>**Chicago, IL 60604** |
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **KMK**<br>**Emerald Arena Group LP**<br>**701 Harger Rd.**<br>**Oakbrook, IL 60521** |
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **LNR Partners, Inc.**<br>**1601 Washington Ave.**<br>**Suite 700**<br>**Miami Beach, FL 33139** |
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **LSF5 Govenor's House, LLC**<br>**c/o Robert I. Berger**<br>**233 S. Wacker Dr.**<br>**Chicago, IL 60606** |
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **National City Bank**<br>**c/o James M. Crowley**<br>**350 N. LaSalle St., Ste. 900**<br>**Chicago, IL 60610** |
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **North Shore Community Bank & Trust**<br>**c/o Jack Haan**<br>**20 N. Wacker Dr., #2900**<br>**Chicago, IL 60606** |

**3**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Edward A. Carlson**                                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **Carl Taniges** |
| **Edwin P. Kollinger**<br>**737 Coconut Dr.**<br>**Fort Lauderdale, FL 33315** | **Joan Carlson**<br>**3503 Royal Fox Dr.**<br>**Saint Charles, IL 60174** |
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **Capmark Finance Inc.**<br>**601 Montgomery St., Ste. 1500**<br>**San Francisco, CA 94111** |
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **Equibase- EERF Loans**<br>**1200 N. Ashland**<br>**Chicago, IL 60622** |
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **Equibase-Husman Partnership**<br>**c/o David L. Husman**<br>**1200 N. Ashland Ave.**<br>**Chicago, IL 60622** |
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **Gary Chalfant**<br>**224 Huggins Rd.**<br>**Michigan Center, MI 49254** |
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **Gary Wright**<br>**53 West Jackson St.**<br>**Suite 1101**<br>**Chicago, IL 60604** |
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **KMK**<br>**Emerald Arena Group LP**<br>**701 Harger Rd.**<br>**Oakbrook, IL 60521** |
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **LNR Partners, Inc.**<br>**1601 Washington Ave.**<br>**Suite 700**<br>**Miami Beach, FL 33139** |
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **LSF5 Govenor's House, LLC**<br>**c/o Robert I. Berger**<br>**233 S. Wacker Dr.**<br>**Chicago, IL 60606** |
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **National City Bank**<br>**c/o James M. Crowley**<br>**350 N. LaSalle St., Ste. 900**<br>**Chicago, IL 60610** |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re      **Edward A. Carlson**                                                    ,      Case No. _____
                                        Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **North Shore Community Bank & Trust**<br>**c/o Jack Haan**<br>**20 N. Wacker Dr., #2900**<br>**Chicago, IL 60606** |
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **Carl Taniges** |
| **Erich F. Kollinger**<br>**265 Union Blvd., Ste. 1515**<br>**Saint Louis, MO 63108** | **Joan Carlson**<br>**3503 Royal Fox Dr.**<br>**Saint Charles, IL 60174** |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **Capmark Finance Inc.**<br>**601 Montgomery St., Ste. 1500**<br>**San Francisco, CA 94111** |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **Equibase- EERF Loans**<br>**1200 N. Ashland**<br>**Chicago, IL 60622** |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **Equibase-Husman Partnership**<br>**c/o David L. Husman**<br>**1200 N. Ashland Ave.**<br>**Chicago, IL 60622** |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **Gary Chalfant**<br>**224 Huggins Rd.**<br>**Michigan Center, MI 49254** |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **Gary Wright**<br>**53 West Jackson St.**<br>**Suite 1101**<br>**Chicago, IL 60604** |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **KMK**<br>**Emerald Arena Group LP**<br>**701 Harger Rd.**<br>**Oakbrook, IL 60521** |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **LNR Partners, Inc.**<br>**1601 Washington Ave.**<br>**Suite 700**<br>**Miami Beach, FL 33139** |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **LSF5 Govenor's House, LLC**<br>**c/o Robert I. Berger**<br>**233 S. Wacker Dr.**<br>**Chicago, IL 60606** |

Sheet   **2**   of   **3**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Edward A. Carlson**                                                    , Case No. _____
                              Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **National City Bank**<br>**c/o James M. Crowley**<br>**350 N. LaSalle St., Ste. 900**<br>**Chicago, IL 60610** |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **North Shore Community Bank & Trust**<br>**c/o Jack Haan**<br>**20 N. Wacker Dr., #2900**<br>**Chicago, IL 60606** |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **Carl Taniges** |
| **Herbert L. Kollinger**<br>**7025 Carlisle Lane**<br>**Alpharetta, GA 30022** | **Joan Carlson**<br>**3503 Royal Fox Dr.**<br>**Saint Charles, IL 60174** |
| **Joan Carlson**<br>**3503 Royal Fox Dr.**<br>**Saint Charles, IL 60174**<br>    **contingent liability** | **North Shore Community Bank & Trust**<br>**c/o Jack Haan**<br>**20 N. Wacker Dr., #2900**<br>**Chicago, IL 60606** |

Sheet  __3__  of  __3__  continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Edward A. Carlson**                                         Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**son**<br>**daughter**<br>**son** | AGE(S):<br>**17**<br>**18**<br>**21** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Management** | **Admin Assistant** |
| Name of Employer | **Aton Properties LLC** | **Frolikstein Financial** |
| How long employed | **1 month** | **6 months** |
| Address of Employer | **1250 Executive Place #101**<br>**Geneva, IL 60134** | **1797 W. State St.**<br>**Geneva, IL 60134** |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **6,664.67** | $ **1,241.50** |
| 2. Estimate monthly overtime | $ | **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ | **6,664.67** | $ **1,241.50** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a. Payroll taxes and social security | $ | **1,609.83** | $ **201.50** |
|    b. Insurance | $ | **0.00** | $ **0.00** |
|    c. Union dues | $ | **0.00** | $ **0.00** |
|    d. Other (Specify): | $ | **0.00** | $ **0.00** |
| | $ | **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,609.83** | $ **201.50** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,054.84** | $ **1,040.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ **0.00** |
| 8. Income from real property | $ | **0.00** | $ **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ **0.00** |
| 11. Social security or government assistance | | | |
| (Specify): | $ | **0.00** | $ **0.00** |
| | $ | **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ **0.00** |
| 13. Other monthly income | | | |
| (Specify): | $ | **0.00** | $ **0.00** |
| | $ | **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,054.84** | $ **1,040.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **6,094.84** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Edward A. Carlson**                                              Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,560.00 |
| a. Are real estate taxes included?          Yes ___          No **X** | | |
| b. Is property insurance included?          Yes ___          No **X** | | |
| 2. Utilities:        a. Electricity and heating fuel | $ | 500.00 |
|                         b. Water and sewer | $ | 0.00 |
|                         c. Telephone | $ | 100.00 |
|                         d. Other   **See Detailed Expense Attachment** | $ | 389.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 250.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                         a. Homeowner's or renter's | $ | 0.00 |
|                         b. Life | $ | 300.00 |
|                         c. Health | $ | 0.00 |
|                         d. Auto | $ | 0.00 |
|                         e. Other   **Auto, homeowners & unbrella insurance** | $ | 1,100.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|         (Specify)   **Real Estate Taxes** | $ | 1,850.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                         a. Auto | $ | 0.00 |
|                         b. Other | $ | 0.00 |
|                         c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|       Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,499.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 6,094.84 |
| b.    Average monthly expenses from Line 18 above | $ | 8,499.00 |
| c.    Monthly net income (a. minus b.) | $ | -2,404.16 |

**B6J (Official Form 6J) (12/07)**

In re  **Edward A. Carlson**                                                        Case No. _____

_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| cell phones | $ | 250.00 |
| cable/internet | $ | 113.00 |
| garbage | $ | 26.00 |
| **Total Other Utility Expenditures** | $ | 389.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Edward A. Carlson**                                                    Case No. _____
                                          Debtor(s)        Chapter    **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**27**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 25, 2008**                         Signature    **/s/ Edward A. Carlson**
                                                              **Edward A. Carlson**
                                                              Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Edward A. Carlson**                                     Case No. _____

_____
Debtor(s)

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■  I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2007 Yukon XL** | **US Bank** | X | | | |
| **2003 Montana Van** | **Harris Bank** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date  **August 25, 2008**             Signature  **/s/ Edward A. Carlson**

**Edward A. Carlson**
Debtor

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Edward A. Carlson**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **$5,000 was paid by Debtor's spouse**
**$5,000 was paid by Debotor's employer - Aton Properties LLC**

3.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 25, 2008**

**/s/ Bradley S. Covey**
**Bradley S. Covey 6208786**
**Springer Brown Covey Gaertner & Davis, LLC**
**232 S. Batavia Ave.**
**Batavia, IL 60510**
**630-879-9559  Fax: 630-879-9394**
**bcovey@springerbrown.com**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Bradley S. Covey 6208786 | X  /s/ Bradley S. Covey | August 25, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**232 S. Batavia Ave.**
**Batavia, IL 60510**
**630-879-9559**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Edward A. Carlson | X  /s/ Edward A. Carlson | August 25, 2008 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edward A. Carlson**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **77**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 25, 2008**

**/s/ Edward A. Carlson**
**Edward A. Carlson**
Signature of Debtor

American Express
PO Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001


American Express
Box 0001
Los Angeles, CA 90096-0001


Aton Properties, LLC
1250 Executive Place #101
Geneva, IL 60134


Bercow & Randell PA
200 S. Biscayne Blvd., Ste. 850
Miami, FL 33131


Capmark Finance Inc.
601 Montgomery St., Ste. 1500
San Francisco, CA 94111


Cara M. Houck
225 W. Washington St., Ste. 2600
Chicago, IL 60606


Carl Taniges


Clyde Mauldin, PC
2540 Spring Arbor Rd.
Jackson, MI 49203


David L. Husman
1200 N Ashland
Chicago, IL 60622


E.J. Plesko
6515 Grand Teton Plaza, Ste. 300
Madison, WI 53719

```
Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315


Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315


Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315


Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315


Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315


Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315


Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315


Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315


Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315


Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315


Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315
```

Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315


Equibase- EERF Loans
1200 N. Ashland
Chicago, IL 60622


Equibase-Husman Partnership
c/o David L. Husman
1200 N. Ashland Ave.
Chicago, IL 60622


Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108


Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108


Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108


Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108


Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108


Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108


Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108


Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108

Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108


Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108


Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108


Erich F. Kollinger
265 Union Blvd., Ste. 1515
Saint Louis, MO 63108


Gary Chalfant
224 Huggins Rd.
Michigan Center, MI 49254


Gary Wright
53 West Jackson St.
Suite 1101
Chicago, IL 60604


Godfrey & Kahn
780 N. Water St.
Milwaukee, WI 53202


Grand Oaks Apartments LLC
c/o Meghan Hubbard
225 W. Wacker Dr., Ste. 2800
Chicago, IL 60606


Harris Bank
po bOX 6201
Carol Stream, IL 60197


Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022


Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022

```
Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022


Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022


Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022


Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022


Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022


Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022


Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022


Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022


Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022


Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022


Indiana Summer LLC
c/o Krieg Devault LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204
```

IRS
PO Box 21125
Philadelphia, PA 19114


IRS
PO Box 21125
Philadelphia, PA 19114


Joan Carlson
3503 Royal Fox Dr.
Saint Charles, IL 60174


Joan Carlson
3503 Royal Fox Dr.
Saint Charles, IL 60174


KeyBank
PO Box 688917
Des Moines, IA 50368-8917


KMK
Emerald Arena Group LP
701 Harger Rd.
Oakbrook, IL 60521


Lawrence A. Kalina
8396 Mississippi St.
Merrillville, IN 46410


LNR Partners, Inc.
1601 Washington Ave.
Suite 700
Miami Beach, FL 33139


LSF5 Govenor's House, LLC
c/o Robert I. Berger
233 S. Wacker Dr.
Chicago, IL 60606


National City Bank
c/o James M. Crowley
350 N. LaSalle St., Ste. 900
Chicago, IL 60610

North Shore Community Bank & Trust
c/o Jack Haan
20 N. Wacker Dr., #2900
Chicago, IL 60606


PAMI-Midwest LLC
c/o Cara Houck
225 W. Washington St., Ste. 2600
Chicago, IL 60606


Park National Bank
c/o Robert B. Golding, Jr.
9250 Columbia Ave., Ste. E-2
Munster, IN 46321


Patzik Frank & Samotny Ltd.
150 S. Wacker Dr., Ste. 1500
Chicago, IL 60606


Pinkerton & Friedman
9245 Calumet Ave., Ste. 201
Munster, IN 46321


Pinkerton & Friedman
9245 Calumet Ave., Ste. 201
Munster, IN 46321


Robert L. Meinzer, Jr.
PO Box 111
Saint John, IN 46373


Steven M. Prebish
Patzik, Frank & Samotny Ltd.
150 W. Wacker Dr., Ste. 900
Chicago, IL 60606


US Bank
PO Box 2188
Oshkosh, WI 54903


VonBriesen & Roper SC
411 E. Wisconsin Ave., Ste. 700
Milwaukee, WI 53202

Wilhite and Assoc.
One Mulberry Pl.
POB 1315
Evansville, IN 47706


Wise DelCotto PLLC
200 N. Upper ST.
Lexington, KY 40507

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Edward A. Carlson**
_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

# AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

**Edward A. Carlson**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Bradley S. Covey 6208786**, certify under penalty of perjury that the above is true and correct.

Executed on  **August 25, 2008**
_____

**/s/ Bradley S. Covey**
_____
Signature
**Bradley S. Covey 6208786**