## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Chapter 7 |
| | ) Bankruptcy No. 08-22322 |
| EDWARD A. CARLSON, | ) Judge Manuel Barbosa |
| | ) Hearing Date: August 18, 2011 |
| Debtor(s). | ) 10.00 a.m., Geneva, Illinois |

### NOTICE OF MOTION

TO: Debtor, Debtor's Attorney, U.S. Trustee And All Of Debtor's Creditors As Per Attached Service List

**YOU ARE HEREBY NOTIFIED** that on Thursday, August 18, 2011, at the opening of Court at 10:00 a.m. on said day, or as soon thereafter as Counsel may be heard, we will appear before Bankruptcy Judge Manuel Barbosa, or such other Judge as may be holding Court in his absence, in Courtroom 250 at the Geneva Courthouse, 100 South Third Street, Geneva, Illinois, and then and there present First and Final Application of James E. Rudnicki for Allowance of Compensation as Consulting Expert for Trustee, a copy of which is attached hereto, at which time you may appear and be heard if you so deem fit.

**DATED** this 26th day of July, 2011.

/s/ G. Alexander McTavish
G. Alexander McTavish, Attorney for Trustee

### ATTORNEY'S CERTIFICATE

G. Alexander McTavish, being first duly sworn upon oath, deposes and states that he served the above **Notice of Motion** by electronic filing or by depositing in the United States Mail at Aurora, Illinois, a true and correct copy thereof in a sealed envelope, first class, postage prepaid, addressed to all parties as set forth above, on the 26th day of July, 2011.

/s/ G. Alexander McTavish
G. Alexander McTavish

G. Alexander McTavish, ARDC #1871013
Richard G. Larsen, ARDC#6193054
**MYLER, RUDDY & McTAVISH**
Attorneys for Trustee
105 East Galena Blvd., 8th Floor
Aurora, Illinois 60505
(630)897-8475
(630)897-8076 Fax

## SERVICE LIST

**VIA ELECTRONIC MAIL:**

Brian A. Audette
baudette@perkinscoie.com

Jeffrey Chang
jchang@changlawppllc.com

Bradley S Covey
bcovey@springerbrown.com

Jack L. Haan
jhaan@snsfe-law.com

Cara M Houck
houck@millercanfield.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**VIA REGULAR MAIL:**

Steven C Filipowski
Shaheen Novoselsky Staat et al
20 N. Wacker Drive, Suite 2900
Chicago, IL 60606

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

US Bank
P.O. Box 5229
Oshkosh, WI 54903

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

Bercow & Randell PA
200 S. Biscayne Blvd., Ste. 850
Miami, FL 33131

Godfrey & Kahn
780 N. Water St.
Milwaukee, WI 53202

E.J. Plesko
6515 Grand Teton Plaza #300
Madison, WI 53719

Gary Chalfant
C/O Clyde Mauldin PC
2540 Spring Arbor Rd
Jackson, MI 49203-3602

Indiana Summer LLC
C/O Krieg DeVault LLP
One Indiana Square, Ste. 2800
Indianapolis, IN 46204

Gary Wright
C/O Steven M. Prebish
Patzik Frank & Samotny Ltd
150 W. Wacker Dr., Ste. 900
Chicago, IL 60606-4107

Joan Carlson
3503 Royal Fox Dr.
St. Charles, IL 60174

Pinkerton & Friedman
9245 Calumet Ave., Ste. 201
Munster, IN 46321

Key Bank
P.O. Box 688917
Des Moines, IA 50368-8917

LSF5 Governor's House LLC
C/O Robert I. Berger
233 S. Wacker Dr.
Chicago, IL 60606

National City Bank
C/O James M. Crowley
350 N. LaSalle St., Ste. 900
Chicago, IL 60610

Park National Bank
C/O Robert B. Golding Jr.
9250 Columbia Ave., Ste. E-2
Munster, IN 46321

Capmark Finance Inc.
601 Montgomery St., Ste. 1500
San Francisco, CA 94111

Patzik Frank & Samotny Ltd
150 S. Wacker Dr., Ste. 1500
Chicago, IL 60606

VonBriesen & Roper SC
411 E. Wisconsin Ave., #700
Milwaukee, WI 53202

Wilhite & Associates
One Mulberry Place
P.O. Box 1315
Evansville, IN 47706

Harris Bank
P.O. Box 6201
Carol Stream, IL 60197

Aton Properties, LLC
1250 Executive Place #101
Geneva, IL 60134-3805

Clyde Mauldin, PC
2540 Spring Arbor Rd.
Jackson, MI 49203-3602

David Neff
Perkins Cole LLP
131 S. Dearborn Ste. 1700
Chicago, IL 60603-5559

Edwin P. Kollinger
737 Coconut Dr.
Fort Lauderdale, FL 33315-1141

Erich F. Kollinger
265 Union Blvd., Ste. 1515
St. Louis, MO 63108-1200

Grand Oaks Apartments LLC
C/O Meghan Hubbard
225 W. Wacker Dr., Ste. 2800
Chicago, IL 60606-1228

Herbert L. Kollinger
7025 Carlisle Lane
Alpharetta, GA 30022-5145

KMK & Associates LLC
701 Harger Rd., Suite 190
Oakbrook, IL 60523-1490

LNR Partners, Inc.
1601 Washington Ave., Suite 700
Miami Beach, FL 33139-3165

Lawrence A. Kalina
8396 Mississippi St.
Merrillville, IN 46410-6293

Legg Mason Real Estate CDO I Ltd
10880 Wilshire Blvd., Ste. 1750
Los Angeles, CA 90024-4103

Robert L. Meinzer, Jr.
P.O. Box 111
St. John, IN 46373-0111

Wise DelCotto PLLC
200 N. Upper St.
Lexington, KY 40507-1017

American Express Centurion Bank
C/O Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

David L. Husman
1200 N. Ashland
Chicago, IL 60622-2259

Indiana Summer LLC
James L. Allen & Megan Odell
Miller Canfield, Paddock and Stone PLC
840 W. Long Lake Rd, Suite 200
Troy, MI 48098-6358

Park National Bank
C/O Joel A. Stein
Deutsch Levy & Engel, Chtd.
225 W. Washington St., Suite 1700
Chicago, IL 60606-3482

Edward A. Carlson
3503 Royal Fox Dr
St. Charles, IL 60174-8748

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| | No. 08-22322 |
| **Edward A. Carlson,** | Judge Manuel Barbosa |
| Debtor. | Hrg Date: 8/18/2011, 10:00 AM |
| | Geneva, Illinois |

## COVERSHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | James E Rudnicki |
| Authorized to provide professional services to: | Charles J. Myler, Trustee |
| Date of order authorizing employment: | September 16, 2010 |
| Period for which compensation is sought: | 8/13/2010 through 10/28/2010 |
| Amount of fees sought: | $1519.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Retainers received to be applied to fees and expenses | $10,000.00 |
| Refund to be made after application of retainers: | $8,481.00 |
| This is a: | Final Application |

If this is not the first application filed by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

Dated: July 25, 2011

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7<br>No. 08-22322 |
| Edward A. Carlson, | Judge Manuel Barbosa |
| Debtor. | Hrg Date: 8/18/2011, 10:00 AM<br>Geneva, Illinois |

FIRST AND FINAL APPLICATION OF JAMES E. RUDNICKI
FOR ALLOWANCE OF COMPENSATION
AS CONSULTING EXPERT FOR CHARLES J. MYLER, TRUSTEE

Myler, Ruddy & McTavish (MR&M), respectfully submits this first and final application for allowance of compensation to James E. Rudnicki (Rudnicki) as a consulting expert for the trustee during the period August 13, 2010 through October 28, 2010, in the adversary proceeding entitled, *Charles J. Myler, Trustee, v. Joan M. Carlson, individually, and as Trustee under the Joan M. Carlson Revocable Trust dated May 5, 2005*. MR&M submits this application pursuant to section 330 of the Bankruptcy Code, and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, as an administrative expense of the Chapter 7 case.

In this application, MR&M respectfully requests the court enter an order awarding Rudnicki final compensation in the amount of $1519.00 for professional services rendered and $0.00 for ordinary and necessary expenses incurred during

the relevant period. After applying an approved $10,000 retainer to this amount, a refund of $8,491.00 is due to the estate which has already been made.

## INTRODUCTION

1. On August 25, 2008, the debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. In the course of the administration of the estate, the attorneys for the trustee determined that the debtor had made a fraudulent conveyance to his wife, Joan M. Carlson, of his one-half interest in a condominium at 980 Cape Marco Drive, Marco Island, Florida. Accordingly, on August 4, 2009, the attorneys for the trustee filed a five-count complaint against Joan M. Carlson to set aside the debtor's transfer of his interest in the condominium and to recover it for the benefit of the estate.

2. In the course of the prosecution of the adversary proceeding, it became necessary to retain an expert to review the documents in the case and to consult with the attorneys for the trustee with regard to the issues surrounding the debtor's transfer, including the issue of the debtor's solvency at the time the transfer was made.

3. On September 16, 2010, the court approved the employment of Rudnicki as a consulting expert in the case and further authorized the trustee to pay Rudnicki a retainer of $10,000.

4. The trustee's complaint against Joan M. Carlson was ultimately settled for $125,000. Rudnicki's review of the documents in the case and consultation with the attorneys for the trustee materially aided the settlement.

## CALCULATION OF TIME AND FEES

5. This is Rudnicki's first and final application for compensation. It covers the period from August 13, 2010 through October 28, 2010. All professional services for which compensation is requested have been for services directly related to the adversary case and were rendered for the trustee and the estate. No agreement or understanding exists between Rudnicki and any other person for the sharing of compensation received in connection with this case, other than among members of the firm.

6. In preparing this fee application, Rudnicki has calculated the amount of time spent in performing actual, necessary consulting services for the estate. The information used comes from the time and billing system maintained by Rudnicki for each client. The hourly rates charged are the hourly rates charged by Rudnicki for comparable services to comparable clients.

7. To aid the court in its review of this application, Rudnicki has attached his time and billing records as Exhibit A. In all, Rudnicki spent 6.20 hours which have been charged at the rate of $245 per hour.

8. The total amount of fees and expenses incurred during the applicable period is $1,519.00 in fees and no expenses. Subtracting the $10,000.00 retainer previously received, leaves $8,481.00 which Rudnicki has already refunded to the estate.

WHEREFORE, MR&M respectfully requests that the court enter the proposed order attached—

A. awarding Rudnicki reasonable compensation in the amount of $1519.00 for actual, necessary consulting services provided during the period;

B. authorizing Rudnicki to apply the retainer of $10,000 to his fees and approving his refund of the balance of $8,481.00;

C. granting such further relief as the Court deems equitable and just.

/s/ G. Alexander McTavish
Myler, Ruddy & McTavish
Attorney No. 1871013
105 E. Galena Blvd, Suite 800
Aurora, Illinois 60505
630-897-8475
630-897-8076 Fax
alexmctavish@mrmlaw.com