**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CARLSON, EDWARD A. | § Case No. 08-22322 |
| | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 25, 2008. The undersigned trustee was appointed on August 25, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $        186,580.92

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 50,496.02 |
| Bank service fees | 5,492.84 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]        $ | 130,592.06 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/30/2008 and the deadline for filing governmental claims was 02/21/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,579.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,579.05, for a total compensation of $12,579.05.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $365.86, for total expenses of $365.86.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/04/2013           By: /s/CHARLES J. MYLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-22322  **Trustee:** (330510) CHARLES J. MYLER
**Case Name:** CARLSON, EDWARD A.  **Filed (f) or Converted (c):** 08/25/08 (f)
 **§341(a) Meeting Date:** 09/22/08
**Period Ending:** 04/04/13  **Claims Bar Date:** 12/30/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Checking w/Bank of America | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. household goods and furnishings including | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Any interest the Debtor has in insurance policie | Unknown | 0.00 | | 0.00 | FA |
| 7 | IRA (Vanguard 500 Index Fund) | 4,914.00 | 0.00 | | 0.00 | FA |
| 8 | Comprehensive Management Services, Inc. (CMS) Ac | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 26.5% ownership of FV Arena Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 1% interest Bensenville Equity Associates Limite | Unknown | 0.00 | | 0.00 | FA |
| 11 | 3 properties held by CMS Apartments Portfolio LL | 0.00 | 0.00 | | 8,500.00 | FA |
| 12 | 10% interest in MIT Financial held in escrow pen | 1,700,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1% interest in Bensenville Equity Associates Lim | Unknown | 0.00 | | 0.00 | FA |
| 14 | 1% interest in Valley Lane Associates Limited Pa | Unknown | 0.00 | | 0.00 | FA |
| 15 | 2% interest in Bartlett Lakes Apartments Limited | Unknown | 0.00 | | 0.00 | FA |
| 16 | 1% interest in Crystal Lake Apartments Limited P | Unknown | 0.00 | | 0.00 | FA |
| 17 | 1% interest in Caroline Apartments Limited Partn | Unknown | 0.00 | | 0.00 | FA |
| 18 | 50% interest in anticipated tax refund | 14,000.00 | 14,000.00 | | 16,922.00 | FA |
| 19 | potential rights of contribution against co-obli | Unknown | 0.00 | | 0.00 | FA |
| 20 | 2007 Yukon XL | 20,000.00 | 0.00 | | 0.00 | FA |
| 21 | 2003 Montana Van | 5,140.00 | 0.00 | | 0.00 | FA |
| 22 | 1973 Corvette | 17,500.00 | 17,500.00 | | 13,596.00 | FA |
| 23 | cargo trailer | 1,000.00 | 0.00 | | 500.00 | FA |
| 24 | 2005 12' Honda F12x wave runner and trailer | 5,000.00 | 0.00 | | 0.00 | FA |
| 25 | office set | 2,500.00 | 0.00 | | 0.00 | FA |
| 26 | Interest in Joan Carlson Recovable Trust | Unknown | 0.00 | | 125,000.00 | FA |
| 27 | Preference suit against spouse (u) | Unknown | 0.00 | | 22,500.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-22322  
**Case Name:** CARLSON, EDWARD A.  

**Period Ending:** 04/04/13

**Trustee:** (330510)   CHARLES J. MYLER  
**Filed (f) or Converted (c):** 08/25/08 (f)  
**§341(a) Meeting Date:** 09/22/08  
**Claims Bar Date:** 12/30/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 28 | Fraudulent conveyance suit against spouse (u) | Unknown | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 62.92 | Unknown |
| 29 | Assets   Totals (Excluding unknown values) | **$1,781,454.00** | **$31,500.00** | | **$187,080.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has sold Corvette. Has settled preference and fraudulent conveyance suit against debtor spouse; continuing to collect tax refund from debtor

**Initial Projected Date Of Final Report (TFR):**   March 31, 2009          **Current Projected Date Of Final Report (TFR):**   December 31, 2012

Case 08-22322    Doc 108    Filed 04/04/13    Entered 04/04/13 13:40:58    Desc Main
Document      Page 5 of 15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-22322  
**Case Name:** CARLSON, EDWARD A.  
**Taxpayer ID #:** **-***2453  
**Period Ending:** 04/04/13  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/18/09 | {23} | Edward Carlson | Sale of cargo trailer | 1129-000 | 500.00 | | 500.00 |
| 03/18/09 | {27} | Joan Carlson | One-half of settlement amount | 1241-000 | 11,250.00 | | 11,750.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.19 | | 11,750.19 |
| 04/21/09 | {27} | Edward A. Carlson | Balance of settlement | 1241-000 | 11,125.00 | | 22,875.19 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.60 | | 22,875.79 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.90 | | 22,876.69 |
| 06/01/09 | {11} | Everest Real Estate Fund LLC | Purchase of interest in CMS Apartment Portfolio | 1129-000 | 8,500.00 | | 31,376.69 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.30 | | 31,377.99 |
| 07/30/09 | {22} | American Auction Assoc., Inc. | Sale of Corvette | 1129-000 | 13,596.00 | | 44,973.99 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.32 | | 44,975.31 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.85 | | 44,977.16 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.83 | | 44,978.99 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.83 | | 44,980.82 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.89 | | 44,982.71 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.89 | | 44,984.60 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.77 | | 44,986.37 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.71 | | 44,988.08 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.01 | | 44,990.09 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.30 | | 44,990.39 |
| 04/06/10 | | Wire out to BNYM account 9200******3865 | Wire out to BNYM account 9200******3865 | 9999-000 | -44,990.39 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | -44,990.39 | 0.00 | |
| | | | **Subtotal** | | **44,990.39** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$44,990.39** | **$0.00** | |

{} Asset reference(s)

Printed: 04/04/2013 01:34 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-22322  
**Case Name:** CARLSON, EDWARD A.  

**Taxpayer ID #:** **-***2453  
**Period Ending:** 04/04/13  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******38-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | 9999-000 | 44,990.39 | | 44,990.39 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.15 | | 44,992.54 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.68 | | 44,995.22 |
| 06/24/10 | {27} | Edward Carlson | Balance due in preference suit against spouse | 1241-000 | 125.00 | | 45,120.22 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.59 | | 45,122.81 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.68 | | 45,125.49 |
| 08/24/10 | {18} | Edward Carlson | Partial turnover of 2007 tax reund | 1124-000 | 1,000.00 | | 46,125.49 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.69 | | 46,128.18 |
| 09/21/10 | 11001 | James Rudnicki | Expert witness fee | 3991-000 | | 10,000.00 | 36,128.18 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 36,128.55 |
| 10/01/10 | {18} | Edward Carlson | Payment toward return of tax refund | 1124-000 | 1,000.00 | | 37,128.55 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 37,128.88 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 37,129.16 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,129.47 |
| 01/03/11 | | Rudnicki & Assoc. | refund of unused portion of retainer for expert witness | 3991-000 | | -8,481.00 | 45,610.47 |
| 01/10/11 | {26} | Springer Brown Covey et al | Settlement of adversary proceeding | 1129-000 | 125,000.00 | | 170,610.47 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.06 | | 170,613.53 |
| 02/23/11 | {18} | Edward Carlson | Partial payment on tax refund | 1124-000 | 500.00 | | 171,113.53 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.92 | | 171,117.45 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.35 | | 171,121.80 |
| 04/04/11 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 500.00 | | 171,621.80 |
| 04/26/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 172,121.80 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.22 | | 172,126.02 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.38 | | 172,130.40 |
| 06/17/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 172,630.40 |
| 06/17/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 1,000.00 | | 173,630.40 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.41 | | 173,631.81 |
| 07/19/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 174,131.81 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.47 | | 174,133.28 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 333.30 | 173,799.98 |
| 08/29/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 174,299.98 |
| 08/29/11 | 11002 | Myler, Ruddy & McTavish | | 3110-000 | | 46,806.50 | 127,493.48 |
| 08/29/11 | 11003 | Myler, Ruddy & McTavish | | 3120-000 | | 2,170.52 | 125,322.96 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.44 | | 125,324.40 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 401.51 | 124,922.89 |

Subtotals :   $176,153.72   $51,230.83

{} Asset reference(s)

Printed: 04/04/2013 01:34 PM    V.13.13

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-22322  
**Case Name:** CARLSON, EDWARD A.  

**Taxpayer ID #:** **-***2453  
**Period Ending:** 04/04/13  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******38-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -11.93 | 124,934.82 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.02 | | 124,935.84 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 256.70 | 124,679.14 |
| 10/05/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 125,179.14 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.05 | | 125,180.19 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 248.44 | 124,931.75 |
| 11/10/11 | {18} | Edward Carlson | Repayment of tax refund | 1124-000 | 500.00 | | 125,431.75 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.02 | | 125,432.77 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 274.40 | 125,158.37 |
| 12/05/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 125,658.37 |
| 12/28/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 126,158.37 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.05 | | 126,159.42 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 258.02 | 125,901.40 |
| 01/26/12 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 126,401.40 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.06 | | 126,402.46 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 275.37 | 126,127.09 |
| 02/27/12 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 126,627.09 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 249.87 | 126,377.22 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 258.96 | 126,118.26 |
| 04/05/12 | {18} | Edward Carlson | Payment of tax refund | 1124-000 | 500.00 | | 126,618.26 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 250.57 | 126,367.69 |
| 05/04/12 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 126,867.69 |
| 05/24/12 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 127,367.69 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 285.90 | 127,081.79 |
| 06/26/12 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 127,581.79 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 251.80 | 127,329.99 |
| 07/27/12 | {18} | Edward Car;spm | Payment on tax refunds | 1124-000 | 500.00 | | 127,829.99 |
| 07/27/12 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | ! 500.00 | | 128,329.99 |
| 07/27/12 | | Edward Car;spm | Reversed Deposit 100028 1 Payment on tax refunds | 1124-000 | -500.00 | | 127,829.99 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 278.35 | 127,551.64 |
| 08/28/12 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 500.00 | | 128,051.64 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 270.15 | 127,781.49 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 244.38 | 127,537.11 |
| 10/01/12 | {18} | Edward Carksib | Payment on tax refunds | 1124-000 | 500.00 | | 128,037.11 |
| 10/01/12 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 500.00 | | 128,537.11 |

Subtotals :  $7,005.20   $3,390.98

{} Asset reference(s)       !-Not printed or not transmitted       Printed: 04/04/2013 01:34 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-22322  
**Case Name:** CARLSON, EDWARD A.

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******38-65 - Checking Account

**Taxpayer ID #:** **-***2453  
**Period Ending:** 04/04/13

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/12 | {18} | Edward Carksib | Reversed Deposit 100031 1 Payment on tax refunds | 1124-000 | -500.00 | | 128,037.11 |
| 10/22/12 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 922.00 | | 128,959.11 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 288.97 | 128,670.14 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 263.66 | 128,406.48 |
| 12/05/12 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 1,500.00 | | 129,906.48 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 256.71 | 129,649.77 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033051088 20130103 | 9999-000 | | 129,649.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 185,080.92 | 185,080.92 | $0.00 |
| | | | Less: Bank Transfers | | 44,990.39 | 129,649.77 | |
| | | | **Subtotal** | | 140,090.53 | 55,431.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$140,090.53** | **$55,431.15** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 08-22322 | | **Trustee:** | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- | --- |
| **Case Name:** | CARLSON, EDWARD A. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****790165 - Checking Account |
| **Taxpayer ID #:** | **-***2453 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/04/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 129,649.77 | | 129,649.77 |
| 01/08/13 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 1,500.00 | | 131,149.77 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 200.10 | 130,949.67 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 175.79 | 130,773.88 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 181.82 | 130,592.06 |
| | | | **ACCOUNT TOTALS** | | 131,149.77 | 557.71 | **$130,592.06** |
| | | | Less: Bank Transfers | | 129,649.77 | 0.00 | |
| | | | **Subtotal** | | 1,500.00 | 557.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,500.00** | **$557.71** | |

| Net Receipts : | 186,580.92 |
| --- | --- |
| Net Estate : | $186,580.92 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****38-65** | 44,990.39 | 0.00 | 0.00 |
| **Checking # 9200-******38-65** | 140,090.53 | 55,431.15 | 0.00 |
| **Checking # ****790165** | 1,500.00 | 557.71 | 130,592.06 |
| | **$186,580.92** | **$55,988.86** | **$130,592.06** |

{} Asset reference(s)

Printed: 04/04/2013 01:34 PM    V.13.13

Case 08-22322   Doc 108   Filed 04/04/13   Entered 04/04/13 13:40:58   Desc Main
Document      Page 10 of 15

Printed: 04/04/13 01:34 PM                                                                              Page: 1

## Claims Proposed Distribution

### Case: 08-22322   CARLSON, EDWARD A.

**Case Balance:** $130,592.06      **Total Proposed Payment:** $130,592.06      **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
|  | CHARLES J. MYLER | Admin Ch. 7 | 12,579.05 | 12,579.05 | 0.00 | 12,579.05 | 12,579.05 | 118,013.01 |
|  | <2100-00   Trustee Compensation> | | | | | | | |
|  | Charles J. Myler | Admin Ch. 7 | 365.86 | 365.86 | 0.00 | 365.86 | 365.86 | 117,647.15 |
|  | <2200-00   Trustee Expenses> | | | | | | | |
|  | Myler, Ruddy & McTavish | Admin Ch. 7 | 2,170.52 | 2,170.52 | 2,170.52 | 0.00 | 0.00 | 117,647.15 |
|  | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | **Claim Memo:**   Interim expenses | | | | | | | |
|  | Myler, Ruddy & McTavish | Admin Ch. 7 | 2,300.00 | 2,300.00 | 0.00 | 2,300.00 | 2,300.00 | 115,347.15 |
|  | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | Myler, Ruddy & McTavish | Admin Ch. 7 | 46,806.50 | 46,806.50 | 46,806.50 | 0.00 | 0.00 | 115,347.15 |
|  | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | **Claim Memo:**   Interim compensation | | | | | | | |
| 8 -2 | IRS | Priority | 14,777.00 | 14,777.00 | 0.00 | 14,777.00 | 14,777.00 | 100,570.15 |
| 1 | PAMI Midwest, Inc. | Unsecured | 15,242,093.50 | 0.00 | 0.00 | 0.00 | 0.00 | 100,570.15 |
|  | **Claim Memo:**   Amended by Claim 13 | | | | | | | |
| 2 | Grand Oaks Apartments LLC | Unsecured | 1,034,232.40 | 1,034,232.40 | 0.00 | 1,034,232.40 | 639.19 | 99,930.96 |
| 3 | Gary Chalfant | Unsecured | 1,049,220.00 | 1,049,220.00 | 0.00 | 1,049,220.00 | 648.46 | 99,282.50 |
| 4 | American Express Centurion Bank | Unsecured | 82,250.72 | 82,250.72 | 0.00 | 82,250.72 | 50.84 | 99,231.66 |
|  | **Claim Memo:**   -------------------------------------------------------------------------- | | | | | | | |
|  | Schedule F Account: 3715-088478-21009 | | | | | | | |
| 5 | American Express Centurion Bank | Unsecured | 357.11 | 357.11 | 0.00 | 357.11 | 0.23 | 99,231.43 |
| 6 | American Express Centurion Bank | Unsecured | 4,298.37 | 4,298.37 | 0.00 | 4,298.37 | 2.67 | 99,228.76 |
| 7 | US Bank Corp/Retail Payment Solutions | Unsecured | 20,451.81 | 20,451.81 | 0.00 | 20,451.81 | 12.65 | 99,216.11 |
| 9 | Godfrey & Kahn, S.C. | Unsecured | 14,295.40 | 14,295.40 | 0.00 | 14,295.40 | 8.84 | 99,207.27 |
| 10 | von Briesen & Roper, s.c. | Unsecured | 24,908.00 | 24,908.00 | 0.00 | 24,908.00 | 15.40 | 99,191.87 |
| 11 | David L. Husman, As Nominee | Unsecured | 90,277,710.00 | 90,277,710.00 | 0.00 | 90,277,710.00 | 55,794.07 | 43,397.80 |
| 12 | EREF Mezzanine, LLC, As Nominee | Unsecured | 50,235,868.00 | 50,235,868.00 | 0.00 | 50,235,868.00 | 31,047.13 | 12,350.67 |
| 13 | PAMI Midwest, Inc. | Unsecured | 15,416,069.13 | 15,416,069.13 | 0.00 | 15,416,069.13 | 9,527.56 | 2,823.11 |
| 14 | Indiana Summer LLC | Unsecured | 1,648,602.74 | 1,648,602.74 | 0.00 | 1,648,602.74 | 1,018.89 | 1,804.22 |
| 15 | North Shore Community Bank & Trust | Unsecured | 1,412,374.80 | 1,412,374.80 | 0.00 | 1,412,374.80 | 872.89 | 931.33 |
| 16 | KMK & Associates LLC | Unsecured | 1,173,524.25 | 1,173,524.25 | 0.00 | 1,173,524.25 | 725.27 | 206.06 |
| 17 | Park National Bank | Unsecured | 313,376.73 | 313,376.73 | 0.00 | 313,376.73 | 193.68 | 12.38 |

# Claims Proposed Distribution

### Case:   08-22322    CARLSON, EDWARD A.

**Case Balance:**  $130,592.06    **Total Proposed Payment:**  $130,592.06    **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 18 | Pinkerton & Friedman | Unsecured | 20,026.46 | 20,026.46 | 0.00 | 20,026.46 | 12.38 | 0.00 |
| NOTFILED | Aton Properties, LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bercow & Randell PA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Capmark Finance Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Carl Taniges | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | E.J. Plesko | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Equibase- EERF Loans | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Equibase-Husman Partnership c/o David L. Husman | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gary Chalfant | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Joan Carlson | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | KeyBank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LNR Partners, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LSF5 Govenor's House, LLC c/o Robert I. Berger | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Legg Mason Real Estate CDO I, Ltd. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | National City Bank c/o James M. Crowley | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Patzik Frank & Samotny Ltd. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pinkerton & Friedman | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pinkerton & Friedman | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wilhite and Assoc. One Mulberry Pl. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wise DelCotto PLLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Claims Proposed Distribution

### Case:  08-22322   CARLSON, EDWARD A.

| **Case Balance:** | $130,592.06 | **Total Proposed Payment:** | $130,592.06 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 08-22322 :** | | **$178,048,658.35** | **$162,806,564.85** | **$48,977.02** | **$162,757,587.83** | **$130,592.06** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $64,221.93 | $64,221.93 | $48,977.02 | $15,244.91 | 100.000000% |
| **Total Priority Claims :** | $14,777.00 | $14,777.00 | $0.00 | $14,777.00 | 100.000000% |
| **Total Unsecured Claims :** | $177,969,659.42 | $162,727,565.92 | $0.00 | $100,570.15 | 0.061803% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-22322
Case Name: CARLSON, EDWARD A.
Trustee Name: CHARLES J. MYLER

**Balance on hand:**  $       130,592.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $            0.00
Remaining balance:  $      130,592.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 12,579.05 | 0.00 | 12,579.05 |
| Trustee, Expenses - Charles J. Myler | 365.86 | 0.00 | 365.86 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 2,300.00 | 0.00 | 2,300.00 |

Total to be paid for chapter 7 administration expenses:  $       15,244.91
Remaining balance:  $      115,347.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $      115,347.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,777.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 -2 | IRS | 14,777.00 | 0.00 | 14,777.00 |

**UST Form 101-7-TFR (05/1/2011)**

|   |   | Total to be paid for priority claims: | $ 14,777.00 |
|---|---|---|---|
|   |   | Remaining balance: | $ 100,570.15 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 162,727,565.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PAMI Midwest, Inc. | 0.00 | 0.00 | 0.00 |
| 2 | Grand Oaks Apartments LLC | 1,034,232.40 | 0.00 | 639.19 |
| 3 | Gary Chalfant | 1,049,220.00 | 0.00 | 648.46 |
| 4 | American Express Centurion Bank | 82,250.72 | 0.00 | 50.84 |
| 5 | American Express Centurion Bank | 357.11 | 0.00 | 0.23 |
| 6 | American Express Centurion Bank | 4,298.37 | 0.00 | 2.67 |
| 7 | US Bank Corp/Retail Payment Solutions | 20,451.81 | 0.00 | 12.65 |
| 9 | Godfrey & Kahn, S.C. | 14,295.40 | 0.00 | 8.84 |
| 10 | von Briesen & Roper, s.c. | 24,908.00 | 0.00 | 15.40 |
| 11 | David L. Husman, As Nominee | 90,277,710.00 | 0.00 | 55,794.07 |
| 12 | EREF Mezzanine, LLC, As Nominee | 50,235,868.00 | 0.00 | 31,047.13 |
| 13 | PAMI Midwest, Inc. | 15,416,069.13 | 0.00 | 9,527.56 |
| 14 | Indiana Summer LLC | 1,648,602.74 | 0.00 | 1,018.89 |
| 15 | North Shore Community Bank & Trust | 1,412,374.80 | 0.00 | 872.89 |
| 16 | KMK & Associates LLC | 1,173,524.25 | 0.00 | 725.27 |
| 17 | Park National Bank | 313,376.73 | 0.00 | 193.68 |
| 18 | Pinkerton & Friedman | 20,026.46 | 0.00 | 12.38 |
|   |   | Total to be paid for timely general unsecured claims: | | $ 100,570.15 |
|   |   | Remaining balance: | | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**