IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Bankruptcy No. 08 B 22322 |
| EDWARD A. CARLSON, | ) | Judge Carol A. Doyle |
| | ) | |
| Debtor(s). | ) | |

## FINAL APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO: HONORABLE CAROL A. DOYLE, BANKRUPTCY JUDGE

Myler, Ruddy & McTavish, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on August 25, 2008. This Court on October 9, 2008 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $46,806.50 in previously awarded compensation and $2,170.52 in reimbursement of expenses.

2. This court on March 19, 2009 authorized the employment of Don Dodge of American Auction Associates, of Bridgeview, Illinois to act as auctioneer for the purpose of selling debtor's 1973 Corvette.

3. This court on September 16, 2010 authorized the employment of James E. Rudnicki of Rudnicki & Associates, LLC to act as a consulting expert in an adversary proceeding brought by trustee to recover funds from debtor's spouse, Joan M. Carlson.

4. Applicant Myler, Ruddy & McTavish requests $2,300.00 in compensation for 9.2 hours of services performed for the period July 25, 2011 through April 30, 2013 (estimated), and reimbursement of actual expenses in the amount of $0.00.

5. A description of the nature of the services rendered by the Applicant is as follows:

Trustee counsel was hired after it was determined at the first meeting of creditors that debtor had (1) a partnership interest in an apartment portfolio; (2) owned a 1973 Corvette; (3), owned a cargo trailer; (4) was entitled to 50% of an anticipated 2007 tax refund; and (5) an interest in a revocable trust held by his spouse, Joan Carlson. After receiving court approval, the trustee sold the apartment portfolio, the Corvette and the cargo trailer. Trustee counsel filed a motion to compel the debtor to turn over ½ of the anticipated tax refunds. Trustee counsel filed an adversary proceeding against Joan Carlson seeking reimbursement of funds, which was eventually settled in favor of the bankruptcy estate. Trustee counsel hired an auctioneer to facilitate sale of the Corvette and a consulting expert to aid in pursuing the adversary case.

6. Attached as Exhibit "F" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

7. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| RGL | 1.20 | $250.00 | $300.00 |
| GAM | 8.00 | $250.00 | $2,000.00 |

8. The categories and number of hours in which applicant performed services are as follows:

(1) Asset Analysis and Recovery: Identification and review of potential assets including causes of action and non-litigation recoveries - 0 hrs.

(2) Asset Disposition: Sales, leases (§365 matters), abandonment and related transaction work - 0 hrs.

(3) Business Operations: Issues related to debtor-in-possession operating in Chapter 11 such as employee, vendor, tenant issues and other similar problems - 0 hrs.

(4) Case Administration: Coordination and compliance activities, including preparation

of statement of financial affairs; schedules; list of contracts; United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries - 1 hrs.

(5) Claims Administration and Objections: Specific claim inquiries, bar date motions, analyses, objections and allowances of claims - 0 hrs.

(6) Employee Benefits/Pensions: Review issues such as severance, retention, 401K coverage and continuance of pension plan - 0 hrs.

(7) Fee/Employment Applications: Preparation of employment and fee applications and fee applications of others - 8.2 hrs.

(8) Fee/Employment Objections: Review of and objections to the employment and fee applications of others - 0 hrs.

(9) Financing: Matters under §§361, 363 and 364 including cash collateral and secured claims; loan document analysis - 0 hrs.

(10) Litigation - 0 hrs.

(11) Meetings of Creditors: Preparing for and attending the conference of creditors, the §341(a) meeting, and other creditors' committee meetings - 0 hrs.

(12) Plan and Disclosure Statement: Formulation, presentation and confirmation, compliance with the plan confirmation order; related orders and rules; disbursement and case closing activities, except those related to the allowance and objection of claims - 0 hrs.

(13) Relief from Stay Proceedings: Matters relating to termination or continuation of automatic stay under §362 - 0 hrs.

Total    9.2 hrs

9. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable

10. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $2,300.00 and reimbursement of actual and necessary expenses of $0.00 for legal services rendered in this case.

DATE: March 14, 2013

RESPECTFULLY SUBMITTED,
Myler, Ruddy & McTavish
/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602

Myler, Ruddy & McTavish
105 East Galena Blvd.
8th Floor
Aurora, IL 6050

Invoice submitted to:
United States Trustee
Myler, Ruddy & McTavish
105 E Galena Blvd, Suite 800
Aurora IL 60505

March 14, 2013

In Reference To: Edward Carlson
08 22322

Invoice #19934

Professional Services

Charles J. Myler - CJM
G. Alexander McTavish - GAM

| Date | Atty | Description | Category | Hours | Amount |
|---|---|---|---|---|---|
| 7/25/2011 | GAM | Prepare application for final compensation for James E. Rudnicki, including notice of motion and proposed order | 7 | 2.00 | 500.00 |
|  | GAM | Draft application for interim compensation and expenses for MR&M | 7 | 3.50 | 875.00 |
| 7/26/2011 | GAM | Final revisions to the petition; prepare proposed order, coversheet and exhibit | 7 | 1.50 | 375.00 |
| 8/18/2011 | RGL | Travel to Geneva for hearing on fee petitions of MRM and Rudnicki | 7 | 1.20 | 300.00 |
| 4/30/2013 | GAM | Travel to Geneva for hearing on final report (estimated) | 4 | 1.00 | 250.00 |
|  |  |  |  | 9.20 | $2,300.00 |

For professional services rendered



EXHIBIT F