UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CARLSON, EDWARD A.      § Case No. 08-22322
                               §
                               §
Debtor(s)                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St.
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 on 5/16/13 in Courtroom 240, United States Courthouse, 100 S. Third St. 5/16/13
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/04/2013      By: /s/CHARLES J. MYLER
                                             Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CARLSON, EDWARD A.        § Case No. 08-22322
                                 §
                                 §
                                 §
Debtor(s)                        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 186,580.92 |
| *and approved disbursements of* | $ 55,988.86 |
| *leaving a balance on hand of* [1] | $ 130,592.06 |
| **Balance on hand:** | $ 130,592.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 130,592.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 12,579.05 | 0.00 | 12,579.05 |
| Trustee, Expenses - Charles J. Myler | 365.86 | 0.00 | 365.86 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 2,300.00 | 0.00 | 2,300.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 15,244.91 |
| Remaining balance: | $ 115,347.15 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 115,347.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,777.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 -2 | IRS | 14,777.00 | 0.00 | 14,777.00 |

Total to be paid for priority claims: $ 14,777.00
Remaining balance: $ 100,570.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 162,727,565.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PAMI Midwest, Inc. | 0.00 | 0.00 | 0.00 |
| 2 | Grand Oaks Apartments LLC | 1,034,232.40 | 0.00 | 639.19 |
| 3 | Gary Chalfant | 1,049,220.00 | 0.00 | 648.46 |
| 4 | American Express Centurion Bank | 82,250.72 | 0.00 | 50.84 |
| 5 | American Express Centurion Bank | 357.11 | 0.00 | 0.23 |
| 6 | American Express Centurion Bank | 4,298.37 | 0.00 | 2.67 |
| 7 | US Bank Corp/Retail Payment Solutions | 20,451.81 | 0.00 | 12.65 |
| 9 | Godfrey & Kahn, S.C. | 14,295.40 | 0.00 | 8.84 |
| 10 | von Briesen & Roper, s.c. | 24,908.00 | 0.00 | 15.40 |
| 11 | David L. Husman, As Nominee | 90,277,710.00 | 0.00 | 55,794.07 |
| 12 | EREF Mezzanine, LLC, As Nominee | 50,235,868.00 | 0.00 | 31,047.13 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | PAMI Midwest, Inc. | 15,416,069.13 | 0.00 | 9,527.56 |
| 14 | Indiana Summer LLC | 1,648,602.74 | 0.00 | 1,018.89 |
| 15 | North Shore Community Bank & Trust | 1,412,374.80 | 0.00 | 872.89 |
| 16 | KMK & Associates LLC | 1,173,524.25 | 0.00 | 725.27 |
| 17 | Park National Bank | 313,376.73 | 0.00 | 193.68 |
| 18 | Pinkerton & Friedman | 20,026.46 | 0.00 | 12.38 |

Total to be paid for timely general unsecured claims:   $   100,570.15
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/CHARLES J. MYLER
                                                            Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-22322-CAD
Edward A. Carlson                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon            Page 1 of 4            Date Rcvd: Apr 05, 2013
                              Form ID: pdf006          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2013.
```
db         #+Edward A. Carlson,    3503 Royal Fox Dr.,    Saint Charles, IL 60174-8748
12546338     American Express,    PO Box 0001,    Los Angeles, CA 90096-0001
12722989     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
12546342    +Bercow & Randell PA,    200 S. Biscayne Blvd., Ste. 850,    Miami, FL 33131-2357
12546344    +Cara M. Houck,    225 W. Washington St., Ste. 2600,    Chicago, IL 60606-3439
12546346   #+Clyde Mauldin, PC,    2540 Spring Arbor Rd.,    Jackson, MI 49203-3602
12546347    +David L. Husman,    1200 N Ashland,    Chicago, IL 60622-2259
12973655    +David Neff,    Perkins Cole LLP,    131 S Dearborn Ste 1700,    Chicago, IL 60603-5559
12546348    +E.J. Plesko,    6515 Grand Teton Plaza, Ste. 300,    Madison, WI 53719-1048
12546349    +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546361    +Equibase- EERF Loans,    1200 N. Ashland,    Chicago, IL 60622-2259
12546362    +Equibase-Husman Partnership,    c/o David L. Husman,    1200 N. Ashland Ave.,
              Chicago, IL 60622-2259
12546363    +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546375    +Gary Chalfant,    224 Huggins Rd.,    Michigan Center, MI 49254-1341
12973656   #+Gary Chalfant,    C/O Clyde Mauldin PC,    2540 Spring Arbor Rd,    Jackson, MI 49203-3602
12973657     Gary Wright,    C/O Steven M Prebish,    Patzik Frank & Samotny Ltd,    150 W Wacker Dr Ste 900,
              Chicago, IL 60606
12546376    +Gary Wright,    53 West Jackson St.,    Suite 1101,    Chicago, IL 60604-3606
12546377    +Godfrey & Kahn,    780 N. Water St.,    Milwaukee, WI 53202-3590
12957050    +Godfrey & Kahn, S.C.,    780 North Water Street,    Milwaukee, Wisconsin 53202-3590,
              Attn:  Jennifer Herzog
12546378    +Grand Oaks Apartments LLC,    c/o Meghan Hubbard,    225 W. Wacker Dr., Ste. 2800,
              Chicago, IL 60606-1228
12546379    +Harris Bank,    po bOX 6201,    Carol Stream, IL 60197-6201
12546380    +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546392    +Indiana Summer LLC,    James L Allen & Megan Odell,    Miller Canfield, Paddock and Stone PLC,
              840 W Long Lake Road Suite 200,    Troy, MI 48098-6358
12546397    +KeyBank,    PO Box 688917,    Des Moines, IA 50368
12546401    +LSF5 Govenor's House, LLC,    c/o Robert I. Berger,    233 S. Wacker Dr.,   Chicago, IL 60606-7147
12546399    +Lawrence A. Kalina,    8396 Mississippi St.,    Merrillville, IN 46410-6293
12973658    +Legg Mason Real Estate CDO I Ltd,    10880 Wilshire Blvd Ste 1750,    Los Angeles, CA 90024-4103
12546402    +National City Bank,    c/o James M. Crowley,    350 N. LaSalle St., Ste. 900,
              Chicago, IL 60654-5136
12546403    +North Shore Community Bank & Trust,    c/o Steven C Filipowski, Shaheen,,
              Novoselsky, Staat,Jack Haan,    20 N. Wacker Dr., #2900,   Chicago, IL 60606-3101
12617019    +PAMI Midwest, Inc.,    399 Park Avenue,    8th Floor,    New York, NY 10022-4877
12546404    +PAMI-Midwest LLC,    c/o Cara Houck,    225 W. Washington St., Ste. 2600,    Chicago, IL 60606-3439
13003668    +Park National Bank,    c/o Joel A. Stein,    Deutsch Levy & Engel, Chtd.,
              225 W. Washington Street,    Suite 1700,    Chicago, IL 60606-3482
12973660    +Park National Bank,    C/O Robert L Meinzer Jr,    PO Box 111,    Saint John, IN 46373-0111
12973659    +Park National Bank,    C/O Lawrence A Kalina,    8396 Mississippi St,    Merrillville, IN 46410-6293
12546405    +Park National Bank,    c/o Robert B. Golding, Jr.,    9250 Columbia Ave., Ste. E-2,
              Munster, IN 46321-3530
12546406    +Patzik Frank & Samotny Ltd.,    150 S. Wacker Dr., Ste. 1500,    Chicago, IL 60606-4201
12546409    +Robert L. Meinzer, Jr.,    PO Box 111,    Saint John, IN 46373-0111
12546410     Steven M. Prebish,    Patzik, Frank & Samotny Ltd.,    150 W. Wacker Dr., Ste. 900,
              Chicago, IL 60606
12546411   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    PO Box 2188,    Oshkosh, WI 54903)
12910550     +US Bank Corp/Retail Payment Solutions,    PO BOX 5229,    Cincinnati, Ohio 45201-5229
12546412   #+VonBriesen & Roper SC,    411 E. Wisconsin Ave., Ste. 700,    Milwaukee, WI 53202-4470
12546413    +Wilhite and Assoc.,    One Mulberry Pl.,    POB 1315,    Evansville, IN 47706-1315
12980578   #+von Briesen & Roper, s.c.,    c/o Rebecca H. Simoni,    411 E. Wisconsin Ave., Suite 700,
              Milwaukee, WI 53202-4470
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12989798    +E-mail/Text: baudette@perkinscoie.com Apr 06 2013 00:27:29     David L. Husman, As Nominee,
              c/o Brian A. Audette,    Perkins Coie LLP,    131 S. Dearborn St., Suite 1700,
              Chicago, IL 60603-5559
12989799    +E-mail/Text: baudette@perkinscoie.com Apr 06 2013 00:27:29
              EREF Mezzanine Fund, LLC, As Nominee,    c/o Brian A. Audette,    Perkins Coie LLP,
              131 S. Dearborn St., Suite 1700,    Chicago, IL 60603-5559
12989833    +E-mail/Text: baudette@perkinscoie.com Apr 06 2013 00:27:29     EREF Mezzanine, LLC, As Nominee,
              c/o Brian A. Audette,    Perkins Coie, LLP,    131 S. Dearborn St., Suite 1700,
              Chicago, IL 60603-5559
12546393     E-mail/Text: cio.bncmail@irs.gov Apr 06 2013 00:22:14      IRS,   PO Box 21126,
              Philadelphia, PA 19114
12546398    +E-mail/Text: schuster@dpholdings.com Apr 06 2013 00:25:12      KMK & Associates LLC,
              701 Harger Rd  Suite 190,    Oakbrook, IL 60523-1490,    Attn Stephen M Schuster
12546400    +E-mail/Text: mkramer@lnrproperty.com Apr 06 2013 00:29:23      LNR Partners, Inc.,
              1601 Washington Ave.,    Suite 700,    Miami Beach, FL 33139-3165
12546414    +E-mail/Text: dlgecf@dlgfirm.com Apr 06 2013 00:27:59     Wise DelCotto PLLC,    200 N. Upper ST.,
              Lexington, KY 40507-1017
```

```
District/off: 0752-1           User: kseldon               Page 2 of 4                   Date Rcvd: Apr 05, 2013
                               Form ID: pdf006             Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                       TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12546345         Carl Taniges
12546339*        American Express,    Box 0001,    Los Angeles, CA 90096-0001
12546340*        American Express,    Box 0001,    Los Angeles, CA 90096-0001
12724491*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12724492*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12546350*       +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546351*       +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546352*       +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546353*       +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546354*       +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546355*       +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546356*       +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546357*       +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546358*       +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546359*       +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546360*       +Edwin P. Kollinger,    737 Coconut Dr.,    Fort Lauderdale, FL 33315-1141
12546364*       +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546365*       +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546366*       +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546367*       +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546368*       +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546369*       +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546370*       +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546371*       +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546372*       +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546373*       +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546374*       +Erich F. Kollinger,    265 Union Blvd., Ste. 1515,    Saint Louis, MO 63108-1200
12546381*       +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546382*       +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546383*       +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546384*       +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546385*       +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546386*       +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546387*       +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546388*       +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546389*       +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546390*       +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546391*       +Herbert L. Kollinger,    7025 Carlisle Lane,    Alpharetta, GA 30022-5145
12546394*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: IRS,    PO Box 21126,    Philadelphia, PA 19114)
12546396*       +Joan Carlson,    3503 Royal Fox Dr.,    Saint Charles, IL 60174-8748
12546408*       +Pinkerton & Friedman,    9245 Calumet Ave., Ste. 201,    Munster, IN 46321-2884
12546341       ##+Aton Properties, LLC,    1250 Executive Place #101,    Geneva, IL 60134-3805
12546343       ##+Capmark Finance Inc.,    601 Montgomery St., Ste. 1500,    San Francisco, CA 94111-2619
12546395       ##+Joan Carlson,    3503 Royal Fox Dr.,    Saint Charles, IL 60174-8748
12546407       ##+Pinkerton & Friedman,    9245 Calumet Ave., Ste. 201,    Munster, IN 46321-2884
                                                                                       TOTALS: 1, * 40, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: kseldon              Page 3 of 4              Date Rcvd: Apr 05, 2013
                              Form ID: pdf006            Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2013**            **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: kseldon              Page 4 of 4                  Date Rcvd: Apr 05, 2013
                              Form ID: pdf006            Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2013 at the address(es) listed below:
          Bradley S Covey    on behalf of Debtor Edward A. Carlson bcovey@springerbrown.com,
           sellis@springerbrown.com;sellis.springerbrown@gmail.com;bradley.covey@gmail.com
          Brian A. Audette    on behalf of Creditor    Equibase Capital Group, LLC baudette@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Brian A. Audette    on behalf of Creditor    CMS/Wellington Apartments LP baudette@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Brian A. Audette    on behalf of Creditor    CMS/Wildwood Apartments LP baudette@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Brian A. Audette    on behalf of Creditor    CMS/Seven Oaks Apartments LP baudette@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Brian A. Audette    on behalf of Creditor David, as Nominee  Husman baudette@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Brian A. Audette    on behalf of Creditor    EREF Mezzanine Fund, LLC baudette@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Cara M Houck    on behalf of Creditor    PAMI Midwest, Inc. houck@millercanfield.com,
           evansc@millercanfield.com
          Charles J Myler    on behalf of Trustee Charles J Myler cmyler@mrmlaw.com,   kmyler@mrmlaw.com
          Charles J Myler    cmyler@mrmlaw.com,   IL57@ecfcbis.com;kmyler@mrmlaw.com
          G. Alexander  McTavish    on behalf of Plaintiff Charles J. Myler, Trustee alexmctavish@mrmlaw.com
          G. Alexander  McTavish    on behalf of Trustee Charles J Myler alexmctavish@mrmlaw.com
          G. Alexander  McTavish    on behalf of Plaintiff Trustee Charles J Myler alexmctavish@mrmlaw.com
          G. Alexander  McTavish    on behalf of Consultant James E Rudnicki alexmctavish@mrmlaw.com
          Jack L.  Haan    on behalf of Creditor    North Shore Community Bank & Trust Co
           jackhaan@haanlawoffice.com
          Jack L.  Haan    on behalf of Plaintiff    North Shore Community Bank & Trust Co
           jackhaan@haanlawoffice.com
          Jeffrey  Chang    on behalf of Creditor    Grand Oak Apartments LLC jchang@changlawpllc.com
          Joshua D Greene    on behalf of Defendant JOAN M. CARLSON jgreene@springerbrown.com,
           sellis@springerbrown.com
          Joshua D Greene    on behalf of Debtor Edward A. Carlson jgreene@springerbrown.com,
           sellis@springerbrown.com
          Joshua D Greene    on behalf of Defendant Edward A. Carlson jgreene@springerbrown.com,
           sellis@springerbrown.com
          Mary E Olson    on behalf of Defendant    Grand Oak Apartments, LLC molson@wildman.com,
           ecf-filings@wildman.com
          Michael J. Davis    on behalf of Defendant Edward A. Carlson mdavis@archerbay.com,
           davislaw80@gmail.com
          Michael J. Davis    on behalf of Defendant JOAN M. CARLSON mdavis@archerbay.com,
           davislaw80@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard G Larsen    on behalf of Plaintiff Trustee Charles J Myler rglarsen@mrmlaw.com,
           vmaurer@kleinstoddard.com
          Richard G Larsen    on behalf of Trustee Charles J Myler rlarsen@kleinstoddard.com,
           vmaurer@kleinstoddard.com
                                                                                                                TOTAL: 26