**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CARLSON, EDWARD A.                § Case No. 08-22322
                                         §
                                         §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $1,748,954.00            Assets Exempt: $11,046.00
(without deducting any secured claims)

Total Distribution to Claimants: $115,347.15    Claims Discharged
                                                Without Payment: $242,027,206.77

Total Expenses of Administration: $71,233.77
```

3) Total gross receipts of $ 186,580.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $186,580.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 71,233.77 | 71,233.77 | 71,233.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 14,777.00 | 14,777.00 | 14,777.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 98,433,223.00 | 177,969,659.42 | 162,727,565.92 | 100,570.15 |
| **TOTAL DISBURSEMENTS** | $98,433,223.00 | $178,055,670.19 | $162,813,576.69 | $186,580.92 |

4) This case was originally filed under Chapter 7 on August 25, 2008. The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2013        By: /s/CHARLES J. MYLER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Reversed Deposit 100028 1 Payment on tax refunds | 1124-000 | -500.00 |
| 3 properties held by CMS Apartments Portfolio LL | 1129-000 | 8,500.00 |
| 50% interest in anticipated tax refund | 1124-000 | 16,922.00 |
| 1973 Corvette | 1129-000 | 13,596.00 |
| cargo trailer | 1129-000 | 500.00 |
| Interest in Joan Carlson Recovable Trust | 1129-000 | 125,000.00 |
| Preference suit against spouse | 1241-000 | 22,500.00 |
| Interest Income | 1270-000 | 62.92 |
| **TOTAL GROSS RECEIPTS** | | **$186,580.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 12,579.05 | 12,579.05 | 12,579.05 |
| Charles J. Myler | 2200-000 | N/A | 365.86 | 365.86 | 365.86 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 2,300.00 | 2,300.00 | 2,300.00 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 46,806.50 | 46,806.50 | 46,806.50 |
| Myler, Ruddy & McTavish | 3120-000 | N/A | 2,170.52 | 2,170.52 | 2,170.52 |
| James Rudnicki | 3991-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| Rudnicki & Assoc. | 3991-000 | N/A | -8,481.00 | -8,481.00 | -8,481.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 333.30 | 333.30 | 333.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 389.58 | 389.58 | 389.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 256.70 | 256.70 | 256.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 248.44 | 248.44 | 248.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 274.40 | 274.40 | 274.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 258.02 | 258.02 | 258.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 275.37 | 275.37 | 275.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 249.87 | 249.87 | 249.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 258.96 | 258.96 | 258.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 250.57 | 250.57 | 250.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 285.90 | 285.90 | 285.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 251.80 | 251.80 | 251.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 278.35 | 278.35 | 278.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 270.15 | 270.15 | 270.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 244.38 | 244.38 | 244.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 288.97 | 288.97 | 288.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 263.66 | 263.66 | 263.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 256.71 | 256.71 | 256.71 |
| Rabobank, N.A. | 2600-000 | N/A | 200.10 | 200.10 | 200.10 |
| Rabobank, N.A. | 2600-000 | N/A | 175.79 | 175.79 | 175.79 |
| Rabobank, N.A. | 2600-000 | N/A | 181.82 | 181.82 | 181.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $71,233.77 | $71,233.77 | $71,233.77 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 -2 | IRS | 5800-000 | N/A | 14,777.00 | 14,777.00 | 14,777.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $14,777.00 | $14,777.00 | $14,777.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PAMI Midwest, Inc. | 7100-000 | unknown | 15,242,093.50 | 0.00 | 0.00 |
| 2 | Grand Oaks Apartments LLC | 7100-000 | 1,000,000.00 | 1,034,232.40 | 1,034,232.40 | 639.19 |
| 3 | Gary Chalfant | 7100-000 | 1,000,000.00 | 1,049,220.00 | 1,049,220.00 | 648.46 |
| 4 | American Express Centurion Bank | 7100-000 | 86,421.00 | 82,250.72 | 82,250.72 | 50.84 |
| 5 | American Express Centurion Bank | 7100-000 | 288.00 | 357.11 | 357.11 | 0.23 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 4,298.37 | 4,298.37 | 2.67 |
| 7 | US Bank Corp/Retail Payment Solutions | 7100-000 | N/A | 20,451.81 | 20,451.81 | 12.65 |
| 9 | Godfrey & Kahn, S.C. | 7100-000 | 14,215.00 | 14,295.40 | 14,295.40 | 8.84 |
| 10 | von Briesen & Roper, s.c. | 7100-000 | 25,940.00 | 24,908.00 | 24,908.00 | 15.40 |
| 11 | David L. Husman, As Nominee | 7100-000 | unknown | 90,277,710.00 | 90,277,710.00 | 55,794.07 |
| 12 | EREF Mezzanine, LLC, As Nominee | 7100-000 | N/A | 50,235,868.00 | 50,235,868.00 | 31,047.13 |
| 13 | PAMI Midwest, Inc. | 7100-000 | 14,000,000.00 | 15,416,069.13 | 15,416,069.13 | 9,527.56 |
| 14 | Indiana Summer LLC | 7100-000 | 1,500,000.00 | 1,648,602.74 | 1,648,602.74 | 1,018.89 |
| 15 | North Shore Community Bank & Trust | 7100-000 | 1,250,000.00 | 1,412,374.80 | 1,412,374.80 | 872.89 |
| 16 | KMK & Associates LLC | 7100-000 | unknown | 1,173,524.25 | 1,173,524.25 | 725.27 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Park National Bank | 7100-000 | 150,000.00 | 313,376.73 | 313,376.73 | 193.68 |
| 18 | Pinkerton & Friedman | 7100-000 | 6,148.00 | 20,026.46 | 20,026.46 | 12.38 |
| NOTFILED | Gary Chalfant | 7100-000 | 814,890.00 | N/A | N/A | 0.00 |
| NOTFILED | Joan Carlson | 7100-000 | 870,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Equibase-Husman Partnership c/o David L. Husman | 7100-000 | 61,700,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Equibase- EERF Loans | 7100-000 | 12,624,000.00 | N/A | N/A | 0.00 |
| NOTFILED | E.J. Plesko | 7100-000 | 500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wise DelCotto PLLC | 7100-000 | 4,412.00 | N/A | N/A | 0.00 |
| NOTFILED | KeyBank | 7100-000 | 25,573.00 | N/A | N/A | 0.00 |
| NOTFILED | LSF5 Govenor's House, LLC c/o Robert I. Berger | 7100-000 | 950,000.00 | N/A | N/A | 0.00 |
| NOTFILED | LNR Partners, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pinkerton & Friedman | 7100-000 | 5,657.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinkerton & Friedman | 7100-000 | 5,657.00 | N/A | N/A | 0.00 |
| NOTFILED | Patzik Frank & Samotny Ltd. | 7100-000 | 40,022.00 | N/A | N/A | 0.00 |
| NOTFILED | Carl Taniges | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Legg Mason Real Estate CDO I, Ltd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | National City Bank c/o James M. Crowley | 7100-000 | 1,600,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wilhite and Assoc. One Mulberry Pl. | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capmark Finance Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Aton Properties, LLC | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bercow & Randell PA | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $98,433,223.00 | $177,969,659.42 | $162,727,565.92 | $100,570.15 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-22322  
**Case Name:** CARLSON, EDWARD A.  

**Period Ending:** 12/06/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 08/25/08 (f)  
**§341(a) Meeting Date:** 09/22/08  
**Claims Bar Date:** 12/30/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cash | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Checking w/Bank of America | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. household goods and furnishings including | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Any interest the Debtor has in insurance policie | Unknown | 0.00 | | 0.00 | FA |
| 7 | IRA (Vanguard 500 Index Fund) | 4,914.00 | 0.00 | | 0.00 | FA |
| 8 | Comprehensive Management Services, Inc. (CMS) Ac | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 26.5% ownership of FV Arena Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 1% interest Bensenville Equity Associates Limite | Unknown | 0.00 | | 0.00 | FA |
| 11 | 3 properties held by CMS Apartments Portfolio LL | 0.00 | 0.00 | | 8,500.00 | FA |
| 12 | 10% interest in MIT Financial held in escrow pen | 1,700,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1% interest in Bensenville Equity Associates Lim | Unknown | 0.00 | | 0.00 | FA |
| 14 | 1% interest in Valley Lane Associates Limited Pa | Unknown | 0.00 | | 0.00 | FA |
| 15 | 2% interest in Bartlett Lakes Apartments Limited | Unknown | 0.00 | | 0.00 | FA |
| 16 | 1% interest in Crystal Lake Apartments Limited P | Unknown | 0.00 | | 0.00 | FA |
| 17 | 1% interest in Caroline Apartments Limited Partn | Unknown | 0.00 | | 0.00 | FA |
| 18 | 50% interest in anticipated tax refund | 14,000.00 | 14,000.00 | | 16,922.00 | FA |
| 19 | potential rights of contribution against co-obli | Unknown | 0.00 | | 0.00 | FA |
| 20 | 2007 Yukon XL | 20,000.00 | 0.00 | | 0.00 | FA |
| 21 | 2003 Montana Van | 5,140.00 | 0.00 | | 0.00 | FA |
| 22 | 1973 Corvette | 17,500.00 | 17,500.00 | | 13,596.00 | FA |
| 23 | cargo trailer | 1,000.00 | 0.00 | | 500.00 | FA |
| 24 | 2005 12' Honda F12x wave runner and trailer | 5,000.00 | 0.00 | | 0.00 | FA |
| 25 | office set | 2,500.00 | 0.00 | | 0.00 | FA |
| 26 | Interest in Joan Carlson Recovable Trust | Unknown | 0.00 | | 125,000.00 | FA |
| 27 | Preference suit against spouse (u) | Unknown | 0.00 | | 22,500.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-22322  
**Case Name:** CARLSON, EDWARD A.

**Trustee:**   (330510)   CHARLES J. MYLER  
**Filed (f) or Converted (c):** 08/25/08 (f)  
**§341(a) Meeting Date:** 09/22/08

**Period Ending:** 12/06/13

**Claims Bar Date:** 12/30/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Fraudulent conveyance suit against spouse  (u) | Unknown | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 62.92 | FA |
| 29 | **Assets** Totals (Excluding unknown values) | **$1,781,454.00** | **$31,500.00** | | **$187,080.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

Distribution was made May 9, 2013.  2 checks, which became stale, were reissued on 9/30/13.  These 2 reissued checks have not cleared the estate account yet.

**Initial Projected Date Of Final Report (TFR):**     March 31, 2009        **Current Projected Date Of Final Report (TFR):**     April 4, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-22322  
**Case Name:** CARLSON, EDWARD A.  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-65 - Money Market Account  

**Taxpayer ID #:** **-***2453  
**Period Ending:** 12/06/13  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/18/09 | {23} | Edward Carlson | Sale of cargo trailer | 1129-000 | 500.00 | | 500.00 |
| 03/18/09 | {27} | Joan Carlson | One-half of settlement amount | 1241-000 | 11,250.00 | | 11,750.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 11,750.19 |
| 04/21/09 | {27} | Edward A. Carlson | Balance of settlement | 1241-000 | 11,125.00 | | 22,875.19 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 22,875.79 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.90 | | 22,876.69 |
| 06/01/09 | {11} | Everest Real Estate Fund LLC | Purchase of interest in CMS Apartment Portfolio | 1129-000 | 8,500.00 | | 31,376.69 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 31,377.99 |
| 07/30/09 | {22} | American Auction Assoc., Inc. | Sale of Corvette | 1129-000 | 13,596.00 | | 44,973.99 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.32 | | 44,975.31 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.85 | | 44,977.16 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 44,978.99 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 44,980.82 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 44,982.71 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 44,984.60 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.77 | | 44,986.37 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.71 | | 44,988.08 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.01 | | 44,990.09 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.30 | | 44,990.39 |
| 04/06/10 | | Wire out to BNYM account 9200******3865 | Wire out to BNYM account 9200******3865 | 9999-000 | -44,990.39 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -44,990.39 | 0.00 | |
| | | | **Subtotal** | | 44,990.39 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$44,990.39** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

Page: 2

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-22322 | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- |
| Case Name: | CARLSON, EDWARD A. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******38-65 - Checking Account |
| Taxpayer ID #: | **-***2453 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/06/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | 9999-000 | 44,990.39 | | 44,990.39 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.15 | | 44,992.54 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.68 | | 44,995.22 |
| 06/24/10 | {27} | Edward Carlson | Balance due in preference suit against spouse | 1241-000 | 125.00 | | 45,120.22 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.59 | | 45,122.81 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.68 | | 45,125.49 |
| 08/24/10 | {18} | Edward Carlson | Partial turnover of 2007 tax reund | 1124-000 | 1,000.00 | | 46,125.49 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.69 | | 46,128.18 |
| 09/21/10 | 11001 | James Rudnicki | Expert witness fee | 3991-000 | | 10,000.00 | 36,128.18 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.37 | | 36,128.55 |
| 10/01/10 | {18} | Edward Carlson | Payment toward return of tax refund | 1124-000 | 1,000.00 | | 37,128.55 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 37,128.88 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.28 | | 37,129.16 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 37,129.47 |
| 01/03/11 | | Rudnicki & Assoc. | refund of unused portion of retainer for expert witness | 3991-000 | | -8,481.00 | 45,610.47 |
| 01/10/11 | {26} | Springer Brown Covey et al | Settlement of adversary proceeding | 1129-000 | 125,000.00 | | 170,610.47 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.06 | | 170,613.53 |
| 02/23/11 | {18} | Edward Carlson | Partial payment on tax refund | 1124-000 | 500.00 | | 171,113.53 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.92 | | 171,117.45 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 4.35 | | 171,121.80 |
| 04/04/11 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 500.00 | | 171,621.80 |
| 04/26/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 172,121.80 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 4.22 | | 172,126.02 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 4.38 | | 172,130.40 |
| 06/17/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 172,630.40 |
| 06/17/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 1,000.00 | | 173,630.40 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.41 | | 173,631.81 |
| 07/19/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 174,131.81 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.47 | | 174,133.28 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 333.30 | 173,799.98 |
| 08/29/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 174,299.98 |
| 08/29/11 | 11002 | Myler, Ruddy & McTavish | | 3110-000 | | 46,806.50 | 127,493.48 |
| 08/29/11 | 11003 | Myler, Ruddy & McTavish | | 3120-000 | | 2,170.52 | 125,322.96 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.44 | | 125,324.40 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 401.51 | 124,922.89 |

Subtotals :    $176,153.72    $51,230.83

{} Asset reference(s)

Printed: 12/06/2013 12:16 PM    V.13.13

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-22322 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | CARLSON, EDWARD A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******38-65 - Checking Account |
| Taxpayer ID #: | **-***2453 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/06/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -11.93 | 124,934.82 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.02 | | 124,935.84 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 256.70 | 124,679.14 |
| 10/05/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 125,179.14 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.05 | | 125,180.19 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 248.44 | 124,931.75 |
| 11/10/11 | {18} | Edward Carlson | Repayment of tax refund | 1124-000 | 500.00 | | 125,431.75 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.02 | | 125,432.77 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 274.40 | 125,158.37 |
| 12/05/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 125,658.37 |
| 12/28/11 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 126,158.37 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.05 | | 126,159.42 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 258.02 | 125,901.40 |
| 01/26/12 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 126,401.40 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.06 | | 126,402.46 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 275.37 | 126,127.09 |
| 02/27/12 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 126,627.09 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 249.87 | 126,377.22 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 258.96 | 126,118.26 |
| 04/05/12 | {18} | Edward Carlson | Payment of tax refund | 1124-000 | 500.00 | | 126,618.26 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 250.57 | 126,367.69 |
| 05/04/12 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 126,867.69 |
| 05/24/12 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 127,367.69 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 285.90 | 127,081.79 |
| 06/26/12 | {18} | Edward Carlson | Payment on tax refund | 1124-000 | 500.00 | | 127,581.79 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 251.80 | 127,329.99 |
| 07/27/12 | {18} | Edward Car;spm | Payment on tax refunds | 1124-000 | 500.00 | | 127,829.99 |
| 07/27/12 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | ! 500.00 | | 128,329.99 |
| 07/27/12 | | Edward Car;spm | Reversed Deposit 100028 1 Payment on tax refunds | 1124-000 | -500.00 | | 127,829.99 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 278.35 | 127,551.64 |
| 08/28/12 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 500.00 | | 128,051.64 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 270.15 | 127,781.49 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 244.38 | 127,537.11 |
| 10/01/12 | {18} | Edward Carksib | Payment on tax refunds | 1124-000 | 500.00 | | 128,037.11 |
| 10/01/12 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 500.00 | | 128,537.11 |

Subtotals :  $7,005.20  $3,390.98

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 12/06/2013 12:16 PM   V.13.13

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| **Case Number:** | 08-22322 | | **Trustee:** | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| **Case Name:** | CARLSON, EDWARD A. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******38-65 - Checking Account |
| **Taxpayer ID #:** | **-***2453 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/06/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/03/12 | {18} | Edward Carksib | Reversed Deposit 100031 1 Payment on tax refunds | 1124-000 | -500.00 | | 128,037.11 |
| 10/22/12 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 922.00 | | 128,959.11 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 288.97 | 128,670.14 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 263.66 | 128,406.48 |
| 12/05/12 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 1,500.00 | | 129,906.48 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 256.71 | 129,649.77 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033051088 20130103 | 9999-000 | | 129,649.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 185,080.92 | 185,080.92 | $0.00 |
| | | | Less: Bank Transfers | | 44,990.39 | 129,649.77 | |
| | | | **Subtotal** | | 140,090.53 | 55,431.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$140,090.53** | **$55,431.15** | |

{} Asset reference(s)                                                                                                          Printed: 12/06/2013 12:16 PM    V.13.13

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-22322  
**Case Name:** CARLSON, EDWARD A.  
**Taxpayer ID #:** **-***2453  
**Period Ending:** 12/06/13  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****790165 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 129,649.77 | | 129,649.77 |
| 01/08/13 | {18} | Edward Carlson | Payment on tax refunds | 1124-000 | 1,500.00 | | 131,149.77 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 200.10 | 130,949.67 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.79 | 130,773.88 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.82 | 130,592.06 |
| 05/19/13 | 21004 | CHARLES J. MYLER | Dividend paid 100.00% on $12,579.05, Trustee Compensation;  Reference: | 2100-000 | | 12,579.05 | 118,013.01 |
| 05/19/13 | 21005 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $2,300.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,300.00 | 115,713.01 |
| 05/19/13 | 21006 | Charles J. Myler | Dividend paid 100.00% on $365.86, Trustee Expenses;  Reference: | 2200-000 | | 365.86 | 115,347.15 |
| 05/19/13 | 21007 | IRS | Dividend paid 100.00% on $14,777.00; Claim# 8 -2; Filed: $14,777.00; Reference:<br>Voided on 07/30/13 | 5800-003 | | 14,777.00 | 100,570.15 |
| 05/19/13 | 21008 | Grand Oaks Apartments LLC | Dividend paid   0.06% on $1,034,232.40; Claim# 2; Filed: $1,034,232.40; Reference: 2008 L 00070 | 7100-000 | | 639.19 | 99,930.96 |
| 05/19/13 | 21009 | Gary Chalfant | Dividend paid   0.06% on $1,049,220.00; Claim# 3; Filed: $1,049,220.00; Reference: | 7100-000 | | 648.46 | 99,282.50 |
| 05/19/13 | 21010 | American Express Centurion Bank | Dividend paid   0.06% on $82,250.72; Claim# 4; Filed: $82,250.72; Reference: 3727-616749-32006 | 7100-000 | | 50.84 | 99,231.66 |
| 05/19/13 | 21011 | US Bank Corp/Retail Payment Solutions | Dividend paid   0.06% on $20,451.81; Claim# 7; Filed: $20,451.81; Reference: | 7100-000 | | 12.65 | 99,219.01 |
| 05/19/13 | 21012 | Godfrey & Kahn, S.C. | Dividend paid   0.06% on $14,295.40; Claim# 9; Filed: $14,295.40; Reference: SUNRISE HEIGHTS | 7100-000 | | 8.84 | 99,210.17 |
| 05/19/13 | 21013 | von Briesen & Roper, s.c. | Dividend paid   0.06% on $24,908.00; Claim# 10; Filed: $24,908.00; Reference: SUNRISE HEIGHTS | 7100-000 | | 15.40 | 99,194.77 |
| 05/19/13 | 21014 | David L. Husman, As Nominee | Dividend paid   0.06% on $90,277,710.00; Claim# 11; Filed: $90,277,710.00; Reference: | 7100-000 | | 55,794.07 | 43,400.70 |
| 05/19/13 | 21015 | EREF Mezzanine, LLC, As Nominee | Dividend paid   0.06% on $50,235,868.00; Claim# 12; Filed: $50,235,868.00; Reference: | 7100-000 | | 31,047.13 | 12,353.57 |
| 05/19/13 | 21016 | PAMI Midwest, Inc. | Dividend paid   0.06% on $15,416,069.13; Claim# 13; Filed: $15,416,069.13; Reference: A 04 09350 / 08 L 280<br>Stopped on 09/30/13 | 7100-004 | | 9,527.56 | 2,826.01 |

Subtotals :        $131,149.77        $128,323.76

{} Asset reference(s)                                                                                                                                                Printed: 12/06/2013 12:16 PM    V.13.13

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-22322  
**Case Name:** CARLSON, EDWARD A.  
**Taxpayer ID #:** **-***2453  
**Period Ending:** 12/06/13

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****790165 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/19/13 | 21017 | Indiana Summer LLC | Dividend paid 0.06% on $1,648,602.74; Claim# 14; Filed: $1,648,602.74; Reference: Stopped on 09/30/13 | 7100-004 | | 1,018.89 | 1,807.12 |
| 05/19/13 | 21018 | North Shore Community Bank & Trust | Dividend paid 0.06% on $1,412,374.80; Claim# 15; Filed: $1,412,374.80; Reference: 07 CHK 1044 | 7100-000 | | 872.89 | 934.23 |
| 05/19/13 | 21019 | KMK & Associates LLC | Dividend paid 0.06% on $1,173,524.25; Claim# 16; Filed: $1,173,524.25; Reference: | 7100-000 | | 725.27 | 208.96 |
| 05/19/13 | 21020 | Park National Bank | Dividend paid 0.06% on $313,376.73; Claim# 17; Filed: $313,376.73; Reference: 45D02-0705-MF-0007 | 7100-000 | | 193.68 | 15.28 |
| 05/19/13 | 21021 | Pinkerton & Friedman | Dividend paid 0.06% on $20,026.46; Claim# 18; Filed: $20,026.46; Reference: SUMMERWOOD LASALLE | 7100-000 | | 12.38 | 2.90 |
| 05/19/13 | 21022 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 2.90 | 0.00 |
| | | | Dividend paid 0.06% on 0.23 $357.11; Claim# 5; Filed: $357.11; Reference: 3732-173276-31007 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.06% on 2.67 $4,298.37; Claim# 6; Filed: $4,298.37 | 7100-000 | | | 0.00 |
| 07/30/13 | 21007 | IRS | Dividend paid 100.00% on $14,777.00; Claim# 8 -2; Filed: $14,777.00; Reference: Voided: check issued on 05/19/13 | 5800-003 | | -14,777.00 | 14,777.00 |
| 08/03/13 | 21023 | IRS | | 5800-000 | | 14,777.00 | 0.00 |
| 09/30/13 | 21016 | PAMI Midwest, Inc. | Dividend paid 0.06% on $15,416,069.13; Claim# 13; Filed: $15,416,069.13; Reference: A 04 09350 / 08 L 280 Stopped: check issued on 05/19/13 | 7100-004 | | -9,527.56 | 9,527.56 |
| 09/30/13 | 21017 | Indiana Summer LLC | Dividend paid 0.06% on $1,648,602.74; Claim# 14; Filed: $1,648,602.74; Reference: Stopped: check issued on 05/19/13 | 7100-004 | | -1,018.89 | 10,546.45 |
| 09/30/13 | 21024 | PAMI Midwest, Inc. | Ref # A 04 09350 / 08 L 280 | 7100-000 | | 9,527.56 | 1,018.89 |
| 09/30/13 | 21025 | Indiana Summer LLC | | 7100-000 | | 1,018.89 | 0.00 |

Subtotals :    $0.00    $2,826.01

{} Asset reference(s)                                                      Printed: 12/06/2013 12:16 PM    V.13.13

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-22322 | | **Trustee:** | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| **Case Name:** | CARLSON, EDWARD A. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****790165 - Checking Account |
| **Taxpayer ID #:** | **-***2453 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/06/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 131,149.77 | 131,149.77 | $0.00 |
| | | | Less: Bank Transfers | | 129,649.77 | 0.00 | |
| | | | Subtotal | | 1,500.00 | 131,149.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,500.00 | $131,149.77 | |

Net Receipts :  186,580.92

Net Estate :  $186,580.92

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****38-65** | 44,990.39 | 0.00 | 0.00 |
| **Checking # 9200-******38-65** | 140,090.53 | 55,431.15 | 0.00 |
| **Checking # ****790165** | 1,500.00 | 131,149.77 | 0.00 |
| | $186,580.92 | $186,580.92 | $0.00 |

{} Asset reference(s)

Printed: 12/06/2013 12:16 PM     V.13.13